# Exhibit A

# Sotheby's

EST. 1744

1334 YORK AVENUE  NEW YORK NY 10021   212 606.7549   f 212 894.1462   JAMES.NIVEN@SOTHEBYS.COM

JAMES G. NIVEN
VICE CHAIRMAN

26 February 2003

Mrs. Courtney Ross Holst
71 East 71st Street
New York, NY 10021

Dear Courtney,

Please find enclosed our brief proposal with auction estimates for your paintings.
As I said, we would be more than happy to sit down with you and discuss our doing more work for you on a purely gratis basis (old friends are good for something!).

And finally, should you wish to raise money for the Ross School and have a charity auction as part of that process I would be happy to help you accomplish that.

Let's try and get together soon

Best regards,

*Jamie*

James G. Niven

C.

Please remember that these numbers are estimates and we can chat about them when we get together.

Love,
J.