DOCUMENT BATES-STAMPED
ROSSC0014
TOO LARGE FOR SCANNING.

TRUE AND CORRECT HARD
COPY TO BE PROVIDED
UNDER SEPARATE COVER TO
CHAMBERS AND COUNSEL.