# Sotheby's Galleries



Property from an Important New York Collection will be exhibited in our museum-like, 10th-floor galleries during the week before each of our relevant May 2003 sales.

Sotheby's 10th-floor galleries are an incomparable viewing environment in the auction world:

- Our galleries were designed by the esteemed architect Richard Gluckman, whose list of museum credits includes The Picasso Museum in Spain, the Andy Warhol Museum, The Georgia O'Keeffe Museum and the much admired permanent collection galleries in the Whitney Museum of American Art. Gluckman-designed spaces are noted for the manner in which they enhance the experience of works of art, for their flexibility and for their quality of light.

- A carefully designed system of skylights, employed in combination with a state-of-the-art lighting system, enables our galleries to reveal nuances and subtleties of color and surface that are especially appealing to our discerning clients.

- The flexibility of our 10th-floor galleries allows us to install an individual work to its best advantage within our exhibition as a whole. Our clients often comment on the aesthetic beauty of our installations.

During each pre-sale exhibition period, we will host a reception for top collectors as well as special events for the press.



ROSSC0015