

"The 10th floor now offers the most beautiful display space for paintings anywhere in the Western world."

—SOUREN MELIKIAN, *International Herald Tribune*, 12-13/2002

ROSSC0016

> "One of the great dramatic exhibition spaces of New York... Sotheby's has created an environment to rival almost any of the city's museums."
>
> — Art & Auction, December 1999



Our premises also feature the largest and only column-free salesroom in New York (above), providing unobstructed views between the auctioneer and all bidders.

The salesroom seats up to 1,200 people and features a mezzanine level with 12 private skyboxes which allow VIP clients to bid in privacy.

