Also relevant to works in the Important New York Collection, Sotheby's performance at the mid-level market for American paintings is equally outstanding.

In the last six major American paintings sales, Sotheby's sold 275 works in the $100,000 - 500,000 price range. Eighty-seven percent of these works achieved a price within or above our estimates.



**American Paintings, Drawings and Sculpture**
Middle Market Range
$100,000 - 500,000
Sotheby's, 2000 - 2002

13% of lots sold below estimate
28% of lots sold within estimate
59% of lots sold above estimate

87% of works sold realized prices within or above estimate



$295,500
GEORGE INNESS
*Sunset*

Sotheby's, December 2002
Estimate: $250,000 - 350,000



$185,500
CHARLES DEMUTH
*The Jazz Singer*

Sotheby's, December 2002
Estimate: $60,000 - 80,000



$317,500
WINSLOW HOMER
*The Berry Picker*

Property from the Collection of Arthur G. Altschul

Sotheby's, December 2002
Estimate:
$150,000 - 250,000



$251,500
EVERETT SHINN
*Sixth Avenue Elevated After Midnight*

Property from the Collection of Arthur G. Altschul

Sotheby's, December 2002
Estimate: $75,000 - 100,000



$680,000
MARSDEN HARTLEY
*Still Life with Flowers*

Sotheby's, December 2002
Estimate:
$300,000 - 500,000

# Sotheby's Has Achieved Seven of the 10 Highest Prices for American Paintings



$27.5 million

GEORGE BELLOWS
*Polo Crowd*
Sotheby's, December 1999



$11.1 million

JOHN SINGER SARGENT
*Cashmere*
Sotheby's, December 1996



$8.4 million

JOHN SINGER SARGENT
*In the Garden, Corfu*
Sotheby's, December 1997



$8.3 million

FREDERIC EDWIN CHURCH
*Home by the Lake*
Sotheby's, May 1989

$5.5 million

CHILDE HASSAM
*Room of Flowers*
Sotheby's, May 1993





$7.6 million

JOHN SINGER SARGENT
*Spanish Dancer*
Sotheby's, May 1994



$5.4 million

JOHN SINGER SARGENT
*Rosina - Capri*
Sotheby's, May 2001

ROSSC0025

Sotheby's Holds the Auction Record for Nearly Every Major American Artist

Milton Avery, Frank Benson, George Bellows, Albert Bierstadt, Ralph Albert Blakelock, Robert Frederick Blum, Dennis Miller Bunker, Charles Burchfield, Patrick Henry Bruce, George de Forest Brush, George Catlin, William Merritt Chase, Frederic Edwin Church, Eanger Irving Couse, Jasper Francis Cropsey, Stuart Davis, Charles Demuth, Maria Oakey Dewing, Thomas Wilmer Dewing, Frederick Frieseke, Marsden Hartley, William Stanley Haseltine, Martin Johnson Heade, Winslow Homer, Edward Hopper, George Inness, Frank Tenney Johnson, Walt Kuhn, William Robinson Leigh, Reginald Marsh, Alfred Henry Maurer, Willard Metcalf, Alfred Jacob Miller, Thomas Moran, Maxfield Parrish, Rembrandt Peale, William Tylee Ranney, Theodore Robinson, Norman Rockwell, **John Singer Sargent**, Charles Schreyvogel, Ben Shahn, Charles Sheeler, Everett Shinn, John Sloan, John Mix Stanley, Worthington Whittredge, Guy Wiggins, Grant Wood, Andrew Wyeth

## 2. Sotheby's Leads the Market for the Major Artists Represented in the Important New York Collection

### John Singer Sargent

Sotheby's is the world's leading seller of works by John Singer Sargent. We have achieved every one of the ten highest auction prices. Our unrivaled success with Sargent puts us in touch with the most active and current group of collectors and also ideally positions us on a private basis to target the most likely buyers.

**John Singer Sargent**
**Ten Highest Auction Prices**
**Sotheby's: 10   Christie's: 0**

| | Title | Date | Price | House |
|---|---|---|---|---|
| 1. | Cashmere | December 1996 | $11,112,500 | SOTHEBY'S |
| 2. | In the Garden, Corfu | December 1997 | 8,362,500 | SOTHEBY'S |
| 3. | Spanish Dancer | May 1994 | 7,592,500 | SOTHEBY'S |
| 4. | Rosina—Capri | May 2001 | 5,395,750 | SOTHEBY'S |
| 5. | Capri Girl | May 1996 | 4,842,500 | SOTHEBY'S |
| 6. | Jacques Barenton | December 2002 | 2,209,500 | SOTHEBY'S |
| 7. | The Rialto | December 1997 | 2,202,500 | SOTHEBY'S |
| 8. | Portrait of Pauline Astor | December 1997 | 1,982,500 | SOTHEBY'S |
| 9. | Venetian Wineshop | December 1997 | 1,982,500 | SOTHEBY'S |
| 10. | A Gust of Wind | December 1997 | 1,652,500 | SOTHEBY'S |

Sotheby's has recently achieved strong prices for Sargent's works.



$5,395,750

*Rosina-Capri*

Sotheby's, May 2001
Estimate: $5,000,000 - 7,000,000



$2,209,500

*Jacques Barenton*

Sotheby's, December 2002
Estimate: $1,000,000 - 1,500,000

In addition to auction sales, Sotheby's has conducted private sales for the most valuable American paintings. In the past several years, we have conducted more than a dozen sales in the $2 - 15 million range for works by such major American artists such as Bellows, Sargent, Cassatt, Church and Hopper.

## William Merritt Chase

Sotheby's has unparalled experience with works by William Merritt Chase. We have established seven of the 10 highest auction prices, including the top four.

We sold *Peonies* in May 1993. Estimated at $800,000 - 1.2 million the work achieved $3.96 million, setting the auction record for Chase.



$3,962,500

**AUCTION RECORD FOR CHASE**

*Peonies*

Sotheby's, May 1993
Estimate: $800,000 - 1,200,000

We have recently achieved strong prices for Chase's works. We illustrate below a selection of works, including *Afternoon in the Park*, which established the record for a pastel work by Chase. The three works shown achieved, on average, 191% of their pre-sale high estimate.



$2,099,500

*Afternoon in the Park*

Sotheby's, December 2002
Estimate: $2,000,000 - 3,000,000



$673,500

*Afternoon Shadows*

Sotheby's, May 1999
Estimate: $125,000 - 175,000



$357,750

*Mrs. Chase in Spanish Costume*

Sotheby's, May 2000
Estimate: $200,000 - 300,000

ROSSC0029

## Arthur Dove

Sotheby's has achieved eight of the ten highest auction prices for Arthur Dove.

### Top 10 Auction Prices for Arthur Dove
### Sotheby's: 8 Christie's: 2

| | Title | Sale Date | Price | Estimate | House |
|---|---|---|---|---|---|
| 1. | Long Island | Dec. 1997 | $717,500 | $350,000 - 450,000 | Christie's |
| 2. | Running River | Nov. 1999 | 552,500 | 400,000 - 600,000 | Christie's |
| 3. | River Bottom, Silver Ochre, Carmine, Green | Dec. 1987 | 484,000 | 100,000 - 150,000 | SOTHEBY'S |
| 4. | Water Swirl, Canadaigua Outlet | Nov. 1995 | 420,500 | 200,000 - 300,000 | SOTHEBY'S |
| 5. | Sunday | Dec. 1988 | 290,000 | 60,000 - 80,000 | SOTHEBY'S |
| 6. | George Gershwin Rhapsody in Blue, Part I | Dec. 1997 | 255,500 | 80,000 - 120,000 | SOTHEBY'S |
| 7. | Sowing Wheat | May 1996 | 244,500 | 250,000 - 350,000 | SOTHEBY'S |
| 8. | Brick Barge with Landscape | Dec. 1992 | 242,000 | 250,000 - 350,000 | SOTHEBY'S |
| 9. | Wind (No. 3) | June 1997 | 233,500 | 200,000 - 300,000 | SOTHEBY'S |
| 10. | Penetration | Dec. 1987 | 209,000 | 100,000 - 150,000 | SOTHEBY'S |

Christie's offered *Freight Car* in their December 2002 sale. Estimated at $300,000 - 500,000, the work failed to find a buyer.



Unsold
*Freight Car*
Christie's, December 2002
Estimate: $300,000 - 500,000

Elie Nadelman

Although works by Nadelman, notably the wood sculptures, appear infrequently at auction, Sotheby's has demonstrated recent success in selling works by the artist.



$772,500

*Chanteuse*

Sotheby's, May 1998
Estimate: $800,000 - 1,200,000



$302,750

*Horse*

Sotheby's, May 2000
Estimate: $100,000 - 150,000



ROSSC0032

## 3. Single-Owner Collections at Sotheby's

The most important collections of American art have been offered at Sotheby's. We illustrate a selection for your review. Sotheby's achieved, for eight of the 12 sales, a total in excess of the high estimate.

$25 million
The American West: The John F. Eulich Collection
1998
Estimate: $14.8 - 21.3 million





$19.2 million
The IBM Foundation Collection
1995
Estimate: $12.6 - 17.8 million

$16.5 million
American Paintings from The Masco Corporation
1998
Estimate: $8.7 - 12.9 million





$16.5 million
The Andrew Crispo Collection, Part Two
1997
Estimate: $5.4 - 7.7 million

$14.2 million
Important Paintings by John Singer Sargent from an American Private Collection
1997
Estimate: $11.7 - 17.9 million





$12.5 million
The Andrew Crispo Collection, Part One
1987
Estimate: $7.1 - 10.5 million