$12.2 million
American Paintings from a
Private Collection
2000
Estimate: $11.8 - 17.4 million





$11.5 million
The Collection of the
Walker Art Center
1989
Estimate: $7.3 - 10.5 million

$10.3 million
An Important
Collection of Works
by Andrew Wyeth
2000
Estimate: $8.2 - 11.7 million





$8.2 million
Property from the
Collection of
Arthur G. Altschul
Sotheby's, December 2002
Estimate: $6.5 - 9.1 million

$7.5 million
The Collection of
Anita O'Keeffe Young
1987
Estimate: $4.7 - 6.3 million





$7.3 million
Taos and Western
Paintings from a
Private Collection
1999
Estimate: $4.7 - 7.1 million

# Financial Terms

## 0% Commission

As a statement of Sotheby's enthusiasm for Property from an Important New York Collection and our confidence that we will achieve a strong result, we are pleased to waive our vendor's commission in its entirety.

## No Expenses

You will incur no expenses in consigning to Sotheby's. We will absorb all costs associated with sale and marketing, including:

- illustration within our relevant catalogues;
- advertising in an arts publication and in Sotheby's sale catalogue for Contemporary Art;
- coverage in Sotheby's *Preview* magazine;
- all sale week events; and
- packing, shipping and insurance for all consigned property.

## Auction Estimates

We enclose as *Appendix I* an itemized list of our recommended estimates for each work. We welcome the opportunity to review our estimates with you.

"If observers of the American art market like to grouse about disappointing aution prices, they love to complain about over-estimation on the part of auction house personnel. Looking at [Sotheby's] sale, however, there simply isn't much to complain about. Dara Mitchell and Peter Rathbone apparently saw the change in the market coming and acted accordingly."

—ANN E. BERMAN, *Maine Antiques Digest*, March 2003

# Conclusion

In closing, we wish to reiterate our enthusiasm for these exceptional works of art from An Important New York Collection. We will utilize all of our resources to achieve the maximize financial return for the works, and you will receive our undivided personal and professional attention.

Sotheby's leadership in sales of American paintings, drawings and sculpture—together with our success in selling works by the artists represented in the Collection—is a direct result of the collective experience and depth of client reach of our specialists.

We would like to thank you for the opportunity to present our marketing and sale recommendations, and we look forward to translating our appreciation for the works into outstanding results. Any thoughts and comments you have on this proposal are most welcome. We look forward to hearing from you.

ROSSC0036

# Appendix I
Auction Estimate Listing

ROSSC0037

ROSSC0038

## Property from an Important New York Collection

American Paintings, Drawings & Sculpture—May 21, 2003

1. WILLIAM MERRITT CHASE
   *Prospect Park, Brooklyn*
   Signed lower left
   Oil on wood panel
   17 1/4 x 25 7/16 in.
   painted *circa* 1887–1891

2. WILLIAM MERRITT CHASE
   *Alice on a Sunday*
   Signed and dated *1895* lower right
   Oil on board
   24 x 12 in.

3. ARTHUR GARFIELD DOVE
   *Ship Going Through an Inlet*
   Signed lower right
   Oil on metal
   21 x 29 1/2 in.
   painted *circa* 1927

4. ELIE NADELMAN
   *Circus Woman*
   Painted and gessoed rosewood
   Height: 33 3/4 in.
   Executed *circa* 1917

Impressionist & Modern Art—May 7, 2003

5. HENRI FANTIN-LATOUR
   *White Roses in a Vase*, 1872
   Signed and dated *72*
   Oil on canvas
   12 1/2 x 9 1/4 in.

**MATERIAL REDACTED**

Recommended for Private Sale

5. JOHN SINGER SARGENT
   *The Pavement, St. Mark's – Venice*
   signed lower right
   Oil on canvas
   21 x 28 1/2 in.
   painted *circa* 1898

# Appendix II

American Paintings: A Sale-By-Sale Analysis
Sotheby's vs. Christie's vs. Phillips
May 1998 - December 2002

The following pages outline the performance of major American paintings auctions held between May 1998 - December 2002. As you will see, in 8 of the 10 most recent seasons Sotheby's achieved the highest sale total and the strongest results. Our unparalleled success demonstrates our ability to deliver superior results to our consignors.

**In all instances, the figures given are a matter of public record and refer to the two major seasonal sales held in New York in December and May at the three houses.**

ROSSC0040

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
### December 2002

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $28,650,000 - 41,437,000 | $51,075,000 - 77,340,000 | $9,021,000 - 13,089,000 |
| Sale Total | $31,632,546 | $39,539,730 | $11,587,421 |
| Lots Offered | 173 | 217 | 73 |
| Lots Sold | 144 | 162 | 55 |
| Success Rate | 83% | 75% | 75% |
| Lots Sold Above High Estimate | 88 | 69 | 28 |
| % Above High Estimate | 61% | 43% | 51% |
| Lots Sold Within Estimate | 41 | 51 | 19 |
| % Within Estimate | 29% | 31% | 35% |
| Lots Sold Below Low Estimate | 15 | 42 | 8 |
| % Below Low Estimate | 10% | 26% | 14% |
| BI (# of Lots Unsold) | 29 | 55 | 18 |
| % Unsold | 17% | 25% | 25% |

ROSSC0041

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
### April / May 2002

|                              | Sotheby's                   | Christie's                  | Phillips                   |
|------------------------------|-----------------------------|-----------------------------|----------------------------|
| Pre-Sale Estimate            | $29,806,000 - 43,824,000    | $10,435,000 - 15,455,000    | $9,919,000 - 13,259,000    |
| Sale Total                   | $32,732,448                 | $12,551,515                 | $13,999,555                |
| Lots Offered                 | 209                         | 61                          | 88                         |
| Lots Sold                    | 171                         | 36                          | 77                         |
| Success Rate                 | 82%                         | 59%                         | 88%                        |
| Lots Sold Above High Estimate| 90                          | 14                          | 58                         |
| % Above High Estimate        | 53%                         | 39%                         | 75%                        |
| Lots Sold Within Estimate    | 55                          | 16                          | 8                          |
| % Within Estimate            | 32%                         | 44%                         | 10%                        |
| Lots Sold Below Low Estimate | 26                          | 6                           | 11                         |
| % Below Low Estimate         | 15%                         | 17%                         | 15%                        |
| BI (# of Lots Unsold)        | 38                          | 25                          | 11                         |
| % Unsold                     | 18%                         | 41%                         | 12%                        |

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
### November 2001

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $15,572,000 - 22,814,000 | $19,900,000 - 30,100,000 | SALE |
| Sale Total | $22,498,400 | $19,372,525 | CANCELLED |
| Lots Offered | 223 | 150 | |
| Lots Sold | 190 | 118 | |
| Success Rate | 85% | 79% | |
| Lots Sold Above High Estimate | 101 | 49 | |
| % Above High Estimate | 53% | 41% | |
| Lots Sold Within Estimate | 75 | 34 | |
| % Within Estimate | 40% | 29% | |
| Lots Sold Below Low Estimate | 14 | 35 | |
| % Below Low Estimate | 7% | 30% | |
| BI (# of Lots Unsold) | 33 | 32 | |
| % Unsold | 15% | 21% | |

ROSSC0043