# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
## May 2001

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $22,102,000 - 32,298,000 | $23,310,000 - 35,260,000 | $5,789,800 - 8,315,700 |
| Sale Total | $20,511,125 | $31,623,950 | $3,004,578 |
| Lots Offered | 181 | 118 | 144 |
| Lots Sold | 137 | 87 | 106 |
| Success Rate | 76% | 74% | 74% |
| Lots Sold Above High Estimate | 64 | 41 | 42 |
| % Above High Estimate | 47% | 47% | 40% |
| Lots Sold Within Estimate | 65 | 28 | 34 |
| % Within Estimate | 47% | 32% | 32% |
| Lots Sold Below Low Estimate | 8 | 18 | 30 |
| % Below Low Estimate | 6% | 21% | 28% |
| BI (# of Lots Unsold) | 44 | 31 | 38 |
| % Unsold | 24% | 26% | 26% |

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
## November 2000

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $36,915,000 - 52,946,000 | $26,765,000 - 41,575,000 | $3,205,000 - 4,558,600 |
| Sale Total | $41,162,250 | $28,180,800 | $4,741,446 |
| Lots Offered | 209 | 147 | 211 |
| Lots Sold | 171 | 118 | 146 |
| Success Rate | 82% | 80% | 69% |
| Lots Sold Above High Estimate | 90 | 56 | 67 |
| % Above High Estimate | 53% | 48% | 46% |
| Lots Sold Within Estimate | 59 | 44 | 55 |
| % Within Estimate | 34% | 37% | 38% |
| Lots Sold Below Low Estimate | 22 | 18 | 24 |
| % Below Low Estimate | 13% | 15% | 16% |
| BI (# of Lots Unsold) | 38 | 29 | 65 |
| % Unsold | 18% | 20% | 31% |

ROSSC0045

x

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
## May 2000

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $32,487,000 - 47,293,000 | $24,395,000 - 36,445,000 | $2,181,000 - 3,133,000 |
| Sale Total | $38,497,075 | $33,164,000 | $3,561,000 |
| Lots Offered | 194 | 157 | 185 |
| Lots Sold | 152 | 125 | 144 |
| Success Rate | 78% | 80% | 78% |
| Lots Sold Above High Estimate | 77 | 60 | 74 |
| % Above High Estimate | 51% | 48% | 51% |
| Lots Sold Within Estimate | 44 | 45 | 47 |
| % Within Estimate | 29% | 36% | 33% |
| Lots Sold Below Low Estimate | 31 | 20 | 23 |
| % Below Low Estimate | 20% | 16% | 16% |
| BI (# of Lots Unsold) | 42 | 32 | 41 |
| % Unsold | 22% | 20% | 22% |

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
### December 1999

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $36,233,000 - 53,512,000 | $19,735,000 - 29,605,000 | NO SALE |
| Sale Total | $67,709,475 | $21,449,600 | |
| Lots Offered | 250 | 142 | |
| Lots Sold | 199 | 108 | |
| Success Rate | 80% | 76% | |
| Lots Sold Above High Estimate | 111 | 58 | |
| % Above High Estimate | 56% | 54% | |
| Lots Sold Within Estimate | 77 | 37 | |
| % Within Estimate | 38% | 34% | |
| Lots Sold Below Low Estimate | 11 | 13 | |
| % Below Low Estimate | 6% | 12% | |
| BI (# of Lots Unsold) | 51 | 34 | |
| % Unsold | 20% | 24% | |

ROSSC0047

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
### May 1999

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $25,988,000 - 36,037,000 | $23,920,000 - 35,300,000 | NO SALE |
| Sale Total | $29,207,875 | $28,547,800 | INFORMATION |
| Lots Offered | 197 | 163 |  |
| Lots Sold | 176 | 129 |  |
| Success Rate | 89% | 79% |  |
| Lots Sold Above High Estimate | 97 | 79 |  |
| % Above High Estimate | 55% | 61% |  |
| Lots Sold Within Estimate | 52 | 32 |  |
| % Within Estimate | 30% | 25% |  |
| Lots Sold Below Low Estimate | 27 | 18 |  |
| % Below Low Estimate | 15% | 14% |  |
| BI (# of Lots Unsold) | 21 | 34 |  |
| % Unsold | 11% | 21% |  |

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
## December 1998

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $33,557,000 - 49,583,000 | $19,795,000 - 28,920,000 | NO SALE |
| Sale Total | $44,577,250 | $25,004,500 | |
| Lots Offered | 304 | 129 | |
| Lots Sold | 258 | 101 | |
| Success Rate | 85% | 78% | |
| Lots Sold Above High Estimate | 138 | 51 | |
| % Above High Estimate | 53% | 50% | |
| Lots Sold Within Estimate | 82 | 32 | |
| % Within Estimate | 32% | 32% | |
| Lots Sold Below Low Estimate | 38 | 18 | |
| % Below Low Estimate | 15% | 18% | |
| BI (# of Lots Unsold) | 46 | 28 | |
| % Unsold | 15% | 22% | |

ROSSC0049

# AMERICAN PAINTINGS AND SCULPTURE
## An Auction-by-Auction Performance Comparison
## SOTHEBY'S vs. CHRISTIE'S & PHILLIPS
### May 1998

|  | Sotheby's | Christie's | Phillips |
|---|---|---|---|
| Pre-Sale Estimate | $29,597,000 - 42,410,000 | $27,133,000 - 39,127,000 | NO SALE |
| Sale Total | $42,564,275 | $42,396,000 | |
| Lots Offered | 187 | 219 | |
| Lots Sold | 155 | 188 | |
| Success Rate | 83% | 86% | |
| Lots Sold Above High Estimate | 73 | 112 | |
| % Above High Estimate | 47% | 60% | |
| Lots Sold Within Estimate | 61 | 51 | |
| % Within Estimate | 39% | 27% | |
| Lots Sold Below Low Estimate | 21 | 25 | |
| % Below Low Estimate | 14% | 13% | |
| BI (# of Lots Unsold) | 32 | 31 | |
| % Unsold | 17% | 14% | |

# Appendix III
Sotheby's Biographies

ROSSC0051



### WARREN P. WEITMAN, JR.
Chairman, Sotheby's North and South America

Warren P. Weitman, Jr. has been instrumental in the success of three of the highest-totaling single-owner sales of Impressionist and Modern Art in auction history: The Reader's Digest Collection, the Eleanore and Daniel Saidenberg Collection and the Collection of Mr. and Mrs. John Hay Whitney. With Sotheby's since 1978, he has also been closely involved with the sale of every major collection sold at Sotheby's over the last 15 years, including the collections of Jacqueline Kennedy Onassis, the Duke and Duchess of Windsor and the IBM Foundation. Mr. Weitman helped establish Sotheby's Appraisal Company, a division that he directed until 1985. A contributor to the *Practicing Law Institute*, *Trust and Estates* magazine and other publications, Mr. Weitman has lectured extensively throughout North America before financial institutions, business groups and charitable organizations. In addition, Mr. Weitman has headed Sotheby's International Business Development team for the past six years.



### JAMES G. NIVEN
Vice Chairman, Sotheby's North and South America

James Niven has special responsibility for Client and Museum Services and Corporate Collections, which focuses on key client relationships. Formerly a general partner of the fund manager Pioneer Associates (1982 – 1998) and chairman of the board of the international oil-and-gas concern Global Natural Resources (1989 – 1994), Mr. Niven has strong ties to the business world. He also has many commitments to the nonprofit sector, where he is a member of the board of managers of Memorial Sloan-Kettering Cancer Center and has been a trustee of the Museum of Modern Art for 10 years.



### PETER B. RATHBONE
Senior Vice President, Director,
American Paintings, New York

Peter B. Rathbone joined Sotheby's New York in 1972 and became director of the American Paintings, Drawings and Sculpture department in 1976. During his tenure, Mr. Rathbone has orchestrated the sale of such outstanding single-owner collections as the John F. Eulich Collection, the Collection of the Masco Corporation and the IBM Collection, in which six works exceeded $1,000,000. In December 1999, he oversaw the record-setting sales of George Bellows's *Polo Crowd*, which fetched $27.5 million, establishing a new world record for an American painting at auction and Winslow Homer's *The Red Canoe*, which achieved the record price of $4.8 million for an American watercolor. Mr. Rathbone has been instrumental in Sotheby's achievement of eight of the 10 highest American paintings sale totals in auction history. Mr. Rathbone is a graduate of Boston University with a degree in art history.

ROSSC0052

### DARA MITCHELL
Senior Vice President, Director,
American Paintings, New York



Dara Mitchell has been responsible for the researching, cataloguing and successful sale of many of the important works for auction in this area. Since joining the department in 1985, she has overseen the landmark sales of such record-setting works as George Bellows's *Polo Crowd* ($27.5 million) for which she bid on the telephone with the successful purchaser, John Singer Sargent's *Cashmere* ($11.1 million) and Frederic Church's *Home by the Lake* ($8.3 million). She has also been responsible for the auctions of the John F. Eulich Collection, the collection of the Masco Corporation and the IBM Collection. Under Ms. Mitchell's leadership, Sotheby's has achieved eight of the ten highest American paintings auction totals including the record of $67.7 million established in December 1999. Ms. Mitchell graduated from New York University with a bachelor of arts degree in art history and attended the Institute of Fine Arts Graduate School at New York University.

### CHARLES S. MOFFETT
Executive Vice President; Co-Chairman Worldwide, Impressionist,
Modern and Contemporary Art, New York



Charles S. Moffett is well informed about museums and their patrons seeking to acquire art work. The former director of the Phillips Collection, Mr. Moffett's 25 years of experience also includes senior curatorial positions at the National Gallery of Art, the Fine Arts Museum of San Francisco and the Metropolitan Museum of Art. At Sotheby's since 1998, he works with collectors, curators and scholars to strengthen our auctions around the world. He has been involved with many remarkable recent sales, including The Reader's Digest Collection, Impressionist and Modern Art from the Collection of Mr. and Mrs. John Hay Whitney and the Eleanore and Daniel Saidenberg Collection.

### DAVID NORMAN
Co-Chairman Worldwide of Impressionist and Modern Art;
Director of New York Sales



David Norman assumed his present position as department head in 1999. Since then, Sotheby's Impressionist and Modern Art sales have achieved the highest total for any auction house in this field. Mr. Norman has worked on all of the remarkable sales at Sotheby's since the landmark 1985 sale of the Florence Gould Collection, including the recent sale of Max Beckmann's record-breaking *Self-portrait with horn*. With a particular focus on developing new clientele throughout the country, he is the trusted advisor to many of the world's most active collectors. Mr. Norman also directed Sotheby's sales of German and Austrian art in the early 1990s—the first international sales in Berlin after the re-unification.

**ROSSC0053**



**STEPHANE COSMAN CONNERY**
Senior Vice President; Impressionist and Modern Art, New York

Stephane Cosman Connery counsels a number of the firm's most active buyers in Los Angeles, as well as Europe and the Middle East. After joining the firm in 1988, he left in 1991 to direct Apollo Art Advisory Services, an art brokerage for private sales affiliated with *Apollo* magazine (established 1924). Since rejoining Sotheby's in 1997, he has had specific responsibility for private sales of Impressionist and Modern art. Benefiting from Mr. Connery's experience in the field, those sales have been highly successful in the last five years.

ROSSC0054