# Exhibit D

28 February 2003

Mrs. Courtney Ross Holst
71 East 71st Street
New York, NY 10021

Dear Courtney,

It was so nice speaking with you the other day. Thank you so much for looking into the prospects of Kate Nye, I will hope for the best. In any case I would be delighted to help you do a charity auction for your school should you need me to assist the parents, etc.

I have enclosed here are our estimates for the four works of art examined by our experts, along with suggested dates of auctions coming up this spring. I would be more than happy to chat about other dates, market conditions, the dreaded competition, or whatever, should you like that. No one here will bother you except me... and that won't happen unless you call. If you would like us to do more extensive work with your collection I would organize that for you, gratis of course.

Please feel free to cal me when you have a moment as it could be fun to catch up.

Warmest regards,


James G. Niven


cc: Mary Rozell