EXHIBIT 1

**Directors/Administrators**

### Director
### Tang Teaching Museum and Art Gallery
### Skidmore College
### Saratoga Springs, N.Y.

Established in fall 2000, the Tang Teaching Museum and Art Gallery has quickly become a leader in college and university museums nationwide. A fully interdisciplinary museum, the Tang has mounted an impressive array of exhibitions and produced many outstanding publications, including award-winning ones. Situated on the Skidmore College campus in Saratoga Springs, N.Y., the Tang was designed by world-renowned architect Antoine Predock. This 39,000-square-foot facility also houses Skidmore's modest collection, which ranges from pre-Columbian artifacts to work by some of today's most recognized contemporary artists; two classrooms for the Skidmore community; 10,000 square feet of exhibition space; and extensive back office space for day-to-day museum operations. The Tang has been an extraordinary innovator in integrating college curriculum with exhibitions, related events, and catalogues. Its new director will be charged with carrying that mission forward with equal vigor. Reporting to the dean of faculty, the Tang Museum director is responsible for overall operation of the Tang, including but not limited, to overseeing 10 to 12 exhibitions yearly, some in collaboration with faculty; administrative management of 11 to 12 full-time staff members; overseeing outreach programs; and working in close consort with the college's advancement office. The director is expected to give a clear vision that follows the museum's mission, while also being the lead fund raiser for the Tang's $1.3-million budget. More information about the museum, including its mission statement and news about current and future programming, is available on its Web site: http://tang.skidmore.edu. The qualified candidate must have a strong background in art scholarship, be deeply committed to and involved with interdisciplinary thinking and teaching, and be an effective, charismatic communicator. In addition, the candidate should have strong managerial skills and the ability to work effectively with a diverse group of constituents-students, faculty, local and national communities, as well as press and museum colleagues. A successful track record in fund raising, strategic planning, scholarship, and at least seven years' upper-level museum administration are essential. Salary is commensurate with experience and qualifications. Applications will be accepted until the position is filled. Send cover letter and resume to:

### Sarah W. Goodwin, Associate Dean of the Faculty
### File #08
### Skidmore College
### 815 N. Broadway
### Saratoga Springs, NY 12866

Skidmore College and the Tang Museum are strongly committed to equality of opportunity and respecting differences based on ethnicity, gender, sexual orientation, and disability.

**MARY ROZELL**
50 WEST 9TH STREET, APT. 6-D
NEW YORK, NEW YORK 10011
(212)█████████    maryrozell@aol.com

Sarah W. Goodwin
Associate Dean of the Faculty
Skidmore College
815 N. Broadway
Saratoga Springs, NY  12866

March 1, 2004

Dear Ms. Goodwin,

Having grown up in Hudson Falls, the cultural opportunities and resources offered at
Skidmore were very important to me.  I have therefore been delighted and excited to read
the glowing reviews of the new Tang building and the work being done there.

I am enclosing a resume for consideration for the position of Director of the Tang Teaching
Museum and Art Gallery.  I hope you will find this of interest, and I would welcome the
opportunity to speak with you in detail.

Yours sincerely,

Mary Rozell

enclosure

# MARY ROZELL
50 West 9th Street, Apt. 6-D, New York, New York 10011
Tel.: (212)⬛⬛⬛⬛⬛ e-mail: maryrozell@aol.com

**EXPERIENCE**
Sept. 2001 -
Present

**Director of Art Collection and Cultural Affairs,** *The Ross Collection,* New York
- Principal curator and director of museum-quality private collection consisting of 3,000+ works of art including some of the world's finest examples of 20th-century masters, modern Viennese and French Art Deco design, Antiquities, Asian Art, Native American art, Folk Art and wine
- Manage staff of six full-time employees and numerous consultants; instituted professional cataloguing, conservation, and climate control systems; follow markets and develop accessioning and de-accessioning strategies; preside over budgets, loans, and insurance
- Provide counsel on legal issues in the areas of estate, tax, copyright and restitution law
- Oversee cultural projects of the Ross Family Foundation including restoration of the Orsan-michele church in Florence; building of new wing of the Shanghai Museum; establishment of arts scholarships at USC, NYU and Harvard; art donations to The Ross School

1995 – 2000

**Director, International Exhibition Program,** *Weimar Cultural Capital of Europe*
- Managed and directed international exhibition program for state's largest non-profit contemporary art gallery during post-Reunification transition
- Curated nine gallery exhibitions; developed, wrote and produced multi-lingual catalogs
- Acted as liaison between city and federal governments and gallery in developing policy for joint ongoing project as part of European Union initiative
- Established studio program for young artists, processing applications from 26 countries, assembling jury of renowned arts figures, and working with artists to realize projects

**Germany Correspondent,** *The Art Newspaper,* International ed., Berlin
Sole correspondent in Germany covering exhibitions and art events of international importance including Venice Biennale, Documenta, and Art Basel; reviewed exhibitions, new architecture and art fairs; reported on art market, cultural politics, and legal issues

1989 -1993

**Associate Attorney,** *Lowe and Mahon,* Washington, D.C.
Provided comprehensive legal counsel for museums and artists as part of pioneering boutique art law firm. Emphasis on drafting and review of commission, consignment and exhibition contracts; copyright and moral rights issues; estate planning for artists

1984-1986

**French and Art History Teacher,** *Far Brook School,* Short Hills, New Jersey
Taught French to middle school students; implemented first Art History curriculum

**EDUCATION**
1993 - 1994

**Courtauld Institute of Art,** University of London, England
*Master of Arts,* Art History - Modern Period specializing in German Expressionism
Frank Davis Memorial Scholar, Lucas Research Award
Master's Thesis: *Circulation, Promotion and Display of German Expressionist Architectural Studies in Berlin, 1914-1923*

1986 - 1989

**Pepperdine University School of Law,** Malibu, California
*Juris Doctor* with emphasis on Art Law and International Law
Dean's Merit Scholar, Moot Court Honor Board
Thesis: *Art and the Laws of War: Past Atrocities and the Evolution of Attempts to Protect Art During Periods of Belligerency*
Semester at **Tokyo University,** Tokyo, Japan (1988)

1980 - 1984

**Hamilton College,** Clinton, New York
*Bachelor of Arts* in French, Minor in History of Art
Phi Sigma Iota Honor Society, Archibald Alexander Foreign Language Scholar
Academic Year at **La Sorbonne,** Paris, France (1982-3)

**MARY ROZELL**

| | |
|---|---|
| **EXHIBITIONS CURATED** | "Skin Close": Dimitrios Antonitos (Athens), Monika Dutta (London), and Sophia Kosmologou (Athens), Weimar Cultural Capital of Europe, 2000 [C = catalog] |
| | "Community - Society": Esra Ersen (Istanbul), Bettina Allamoda (Berlin), Apolonija Šušteršic (Ljubljana), Weimar Cultural Capital of Europe, 1999 [C] |
| | "Mächtig - Gewältig": Cheryl Donegan (New York), Joël Bartoloméo (Paris), Johan Grimonprez (Ghent) and Tony Oursler (New York), ACC Galerie Weimar, 1998 |
| | "Kopf an Kopf · Tête-à-Tête · Head to Head": Åsa Elzén (Stockholm), Amanda Dunsmore (Belfast) and Stefan Höller (Düsseldorf), ACC Galerie Weimar, 1998 [C] |
| | "SPLASH! - Video Art from Gillian Wearing (London), Pierrick Sorin (Nantes), and Nedko Solokav (Sofia) ", ACC Galerie Weimar, 1997 [C, CD-Rom] |
| | "The Pedestrian Project", Yvette Helin (New York), ACC Galerie Weimar, 1996 |
| | "Pierre et Gilles" (Paris) - Germany Retrospective, ACC Galerie Weimar, 1996 [C] |
| | "Alle Neune - Germany's Nine Leading Galleries", ACC Galerie Weimar, 1996 |
| | "Bodo Korsig:  Search and Destroy", ACC Galerie Weimar, 1995 (guest curator) [C] |

**PUBLICATIONS**   In addition to texts for exhibition catalogues indicated above and over 50 articles for *The Art Newspaper*, articles on art and art-related legal issues for European publications such as "Gemeinschaft- Gesellschaft", *Weimar Kultur Journal*, No. 8 , 1998; "International Loans of Works of Art: Insuring Against Risk" *The Art Newspaper*, Art Law Supplement, No. 66, Jan.1997, London

**PUBLIC LECTURES**   "American Graphic Art in the Twentieth Century",  1997 Summer Arts Festival, Stadt Bad Kissingen, June 12, 1997 (upon invitation of American Embassy) "Crossing Over, Changing Places: Contemporary American Graphic Art", Municipal Museum of the City of  Halle, April 22, 1997 (upon invitation of American Embassy) "Francis Bacon" in conjunction with dance premiere of Ismael Ivo, German National Theater, Weimar, September 22, 1996

**TRANSLATIONS**   Numerous published translations from French and German on behalf of museums, galleries and artists including: "Between Millet and Manet - The German Impressionist Max Liebermann, 1847-1935", catalogue text for exhibition *Max Liebermann*, Cannes, France 1996 "The George Ortiz Collection", Berlin State Museums, 1997 "On Kawara", exhibition catalogue, Galerie Max Hetzler, Berlin, 1997

**COURSES**   *Legal Aspects of Museum Administration* (AAM/ALI-ABA, 2002, 2001, 1997, 1993, 1992) *Legal Aspects of the International Art Trade* (ICC, Vienna, 1994)

**PROFESSIONAL AFFILIATIONS**   State Bar of California          Bar of the District of Columbia

Category: Directors/Administrators
Executive Director
Judd Foundation
New York, N.Y.
The Judd Foundation, a private operating foundation, is currently seeking
its first full-time executive director. Created by the last will and
testament of the artist Donald Judd to preserve his private living and
working spaces, libraries, and archives for the benefit of the public, the
foundation is at a pivotal moment in its organizational growth. The
foundation operates with a staff of six, a budget of $700,000, and a
six-member board of directors. The new executive director will report to
the president of the board of directors and will have five broad
responsibilities: staff and program development and management; financial
management; fund raising and revenue development; strategic planning; and
board development. S/he will be based in NYC with frequent trips to Marfa,
Tex. where the foundation oversees Judd's home, studio, archives,
libraries, and art collection. The ideal candidate will bring passion,
commitment, and leadership along with a track record of proven
organizational ability in fund raising, financial management, and the
creation and management of collaborations and partnerships. S/he will have
extensive knowledge of and experience with the visual arts and the
national and international contemporary art community. Send resume, letter
of interest, and three references to:
Linda Sweet
Management Consultants for the Arts
Box JF
132 East Putnam Ave.
Cos Cob, CT 06807

# MARY ROZELL
50 West 9th Street, Apt. 6-D, New York, New York 10011
Tel.: ▇▇▇▇▇▇ e-mail: maryrozell@aol.com

| | |
|---|---|
| **EXPERIENCE**<br>Sept. 2001 -<br>Present | **Director of Art Collection and Cultural Affairs**, *The Ross Collection*, New York<br>- Director and principal curator of museum-quality private collection consisting of 3,000+ works of art including some of the world's finest examples of 20th-century masters, modern Viennese and French design, antiquities, Asian art, Native American art, folk art and wine<br>- Manage staff of six full-time employees and numerous consultants; institute professional cataloguing, conservation, and climate control systems; follow markets and develop accessioning and de-accessioning strategies; prepare operating budget ($825,000); negotiate loans and preside over all insurance matters<br>- Provide counsel on legal issues in the areas of estate, tax, copyright and restitution law<br>- Oversee cultural projects of the Ross Family Foundation, including restoration of the Orsanmichele church in Florence; building of new wing of the Shanghai Museum; establishment of arts scholarships at USC, NYU and Harvard |
| Sept. 2000 -<br>Sept. 2001 | **Managing Director**, *Swiss Institute*, New York<br>- Provided hands-on, entrepreneurial leadership for growth phase of non-profit institution dedicated to artistic and cultural exchange between Switzerland and the U.S<br>- Responsible for management of all fiscal and administrative affairs, serving as chief fundraiser (membership, corporate sponsors, annual benefit dinner and auction, grant writing); drafted budget ($700,000), wrote annual report, and worked closely with board of trustees and external partners on strategic projects and raising international profile<br>- Oversaw and coordinated exhibition, library, educational and outreach programs |
| 1995 -1999 | **Director, International Exhibition Program**, *Weimar Cultural Capital of Europe*, Germany<br>- Directed international exhibition program for state's largest non-profit contemporary art gallery during post-reunification transition<br>- Curated nine gallery exhibitions; developed, wrote and produced multi-lingual catalogs<br>- Acted as liaison between city and federal governments and gallery in developing policy and obtaining financing for joint ongoing project as part of European Union initiative<br>- Established studio program for young artists, managing applications from 26 countries, assembling jury of renowned arts figures, and working with artists to realize projects |
| 1989 -1993 | **Associate Attorney**, *Lowe and Mahon*, Washington, D.C.<br>Provided comprehensive legal counsel for museums and artists as part of art law firm. Emphasis on drafting and review of commission, consignment and exhibition contracts; copyright and moral rights issues; estate planning for artists |
| **EDUCATION**<br>1993 - 1994 | **Courtauld Institute of Art**, University of London, England<br>*Master of Arts*, Art History - Modern Period specializing in German Expressionism<br>Master's Thesis: *Circulation, Promotion and Display of German Expressionist Architectural Studies in Berlin, 1914-1923* |
| 1986 - 1989 | **Pepperdine University School of Law**, Malibu, California<br>*Juris Doctor* with emphasis on Art Law and International Law<br>Dean's Merit Scholar, Moot Court Honor Board<br>Thesis: *Art and the Laws of War: Past Atrocities and the Evolution of Attempts to Protect Art During Periods of Belligerency*<br>Semester at **Tokyo University**, Japan (1988) |
| 1980 - 1984 | **Hamilton College**, Clinton, New York<br>*Bachelor of Arts* in French, Minor in History of Art<br>Phi Sigma Iota Honor Society, Archibald Alexander Foreign Language Scholar<br>Academic Year at **La Sorbonne**, Paris, France (1982-3) |

**MARY ROZELL**

## EXHIBITIONS, PUBLICATIONS, LECTURES

**EXHIBITIONS
CURATED**

"Skin Close": Dimitrios Antonitos (Athens), Monika Dutta (London), and Sophia Kosmologou (Athens), Weimar Cultural Capital of Europe, 2000 [C = catalog]

"Community - Society": Esra Ersen (Istanbul), Bettina Allamoda (Berlin), Apolonija Šušteršic (Ljubljana), Weimar Cultural Capital of Europe, 1999 [C]

"Mächtig - Gewältig": Cheryl Donegan (New York), Joël Bartoloméo (Paris), Johan Grimonprez (Ghent) and Tony Oursler (New York), ACC Galerie Weimar, 1998

"Kopf an Kopf · Tête-à-Tête · Head to Head": Åsa Elzén (Stockholm), Amanda Dunsmore (Belfast) and Stefan Höller (Düsseldorf), ACC Galerie Weimar, 1998 [C]

"SPLASH! - Video Art from Gillian Wearing (London), Pierrick Sorin (Nantes), and Nedko Solokav (Sofia) ", ACC Galerie Weimar, 1997 [C, CD-Rom]

"The Pedestrian Project", Yvette Helin (New York), ACC Galerie Weimar, 1996

"Pierre et Gilles" (Paris) - Germany Retrospective, ACC Galerie Weimar, 1996 [C]

"Alle Neune - Germany's Nine Leading Galleries", ACC Galerie Weimar, 1996

"Bodo Korsig:  Search and Destroy", ACC Galerie Weimar, 1995 (guest curator) [C]

**PUBLICATIONS**

In addition to texts for exhibition catalogues indicated above [C], over 35 articles published as Germany Correspondent for The Art Newspaper (London). Reviewed exhibitions and art events of international importance including Venice Biennale, Documenta, and Art Basel; reported on art market, new architecture, cultural politics, and legal issues; additional articles for European publications such as "Gemeinschaft- Gesellschaft", Weimar Kultur Journal, No. 8 , 1998; "International Loans of Works of Art: Insuring Against Risk" The Art Newspaper, Art Law Supplement, No. 66, Jan.1997, London

**PUBLIC
LECTURES**

"American Graphic Art in the Twentieth Century",  1997 Summer Arts Festival, Stadt Bad Kissingen, June 12, 1997 (upon invitation of American Embassy)
"Crossing Over, Changing Places: Contemporary American Graphic Art", Municipal Museum of the City of Halle, April 22, 1997 (upon invitation of American Embassy)
"Francis Bacon" in conjunction with dance premiere of Ismael Ivo, German National Theater, Weimar, September 22, 1996

**TRANSLATIONS**

Numerous published translations from French and German on behalf of museums, galleries and artists including:
"Between Millet and Manet - The German Impressionist Max Liebermann, 1847-1935", catalogue text for exhibition Max Liebermann, Cannes, France 1996
"The George Ortiz Collection", Berlin State Museums, 1997
"On Kawara", exhibition catalogue, Galerie Max Hetzler, Berlin, 1997

# MANAGEMENT CONSULTANTS FOR THE ARTS, INC.

Len Alexander · Richard Cisek · Gregory Kandel · Louise Kane · Adele Silver · Linda Sweet

February 2004

### EXECUTIVE DIRECTOR
### JUDD FOUNDATION
### NEW YORK, NEW YORK

## BACKGROUND

The Judd Foundation, a private operating foundation whose resources are organized and operated exclusively for charitable, scholarly, literary and educational purposes and is located in New York City and Marfa, Texas, was created by the last will and testament of the artist Donald Judd to preserve his private living and working spaces, libraries and archives for the benefit of the public. It is in these permanently installed spaces that one finds the embodiment of Donald Judd's ideas and beliefs with regard to art, architecture, land and the pervasive concept of space that is intrinsic to each.

Donald Judd's life as a painter, writer on art and sculptor resulted in the creation of thousands of works ranging from his early paintings, drawings, low-reliefs, high-reliefs, prints and texts on art and space, to his famous plywood, metal and perspex sculptures and furniture designs. An extraordinarily prolific artist, writer, furniture and architectural designer, Judd is credited with being the founder of "Minimalism," an aesthetic stance that defined and informed virtually all forms of arts and architecture for over four decades. The Judd Foundation sponsors art and education programs including guided tours of the Foundation property at 101 Spring Street in New York City and of his home, studio and personal art collection in Marfa. Many of these programs, particularly those that take place in Marfa, are organized and run in conjunction with the Chinati Foundation, created by Judd in his lifetime and opened to the public in 1986. The Chinati Foundation is an independent, non-profit, publicly funded institution originally conceived to exhibit the work of Judd, John Chamberlain and Dan Flavin. It is located on 340 acres of land on the site of the former Fort D.A. Russell in Marfa, and its mission has been expanded to include the work of a limited number of other artists.

The Judd Foundation, in collaboration with other organizations, is also involved in exhibit support, in image and text licensing, and in the manufacture and sale of furniture and, as appropriate and necessary, of works of art. Phase 1 of an $8 million renovation of the Spring Street building has just begun and the Foundation

1

hopes to secure funds to undertake research leading to the preparation of a catalogue raisonne and other publications.

The Foundation operates with a budget of $700,000, a full and part-time staff of 6 based in New York City and Marfa and a six-member board of directors.

## POSITION AND RESPONSIBILITIES

The Executive Director is a new position reporting directly to the President of the Board of Directors. This position has five broad functions: 1) staff and program development and management; 2) financial management; 3) fundraising and revenue development; 4) strategic planning; and 5) board development.

Specific responsibilities include:

* Taking a leadership role in the planning, development and implementation of foundation activities.

* Organizing and managing the administrative functions of the foundation and its finances.

* Managing major capital campaign for the restoration of 101 Spring Street, NYC and other properties.

* Managing and developing the partnership with the Chinati Foundation (a public charity adjacent to the Judd Foundation in Marfa, Texas) including joint public programs

* Cultivating and managing relationships with curators, museums, conservators, funders and others.

* Cultivating and coordinating public and private partnerships.

* Securing programmatic funding for the organization through grants, sponsorships, special events, and individual contributions.

* Working with the board of trustees as they expand membership in the board and the role and structure of the board.

## QUALIFICATIONS

The ideal candidate for this position will bring passion, commitment and leadership, along with a track record of achievement and proven organizational ability. The Executive Director must be enthusiastic about the opportunity to oversee, participate in, and direct fundraising activities. Candidates must have a working knowledge of the international contemporary art community. The

2

Executive Director will be expected to inspire, lead and educate others through his/her deep commitment to the mission of the Judd Foundation.

Additional qualifications include:

* Advanced degree or equivalent work experience in nonprofit management, business, finance or the arts preferred.

* At least seven years of experience in a leadership role within nonprofit organizations.

* Excellent verbal and written communication skills.

* Attention to detail.

* Extensive knowledge of and experience with the visual arts.

LOCATION:

The offices of the Judd Foundation are located New York City and Marfa, Texas. The Executive Director will be based in New York City but will be expected to travel regularly to Marfa, which is approximately 180 miles south of Midland, Texas.

SALARY:
Competitive and commensurate with experience.

START DATE:
Summer/Fall 2004

PROCEDURE FOR APPLICATION:

Applicants should submit resumes and a one-page narrative describing their interest in the position and the experience, which relates to the responsibilities described above. Applications will be reviewed by Management Consultants for the Arts, an executive search firm working with the Foundation's Board of Trustees. Recommendations for candidates are also welcome. Send applications or recommendations to:

> Linda Sweet
> Management Consultants for the Arts
> Box JF
> 132 East Putnam Avenue
> Cos Cob, CT 06807
> mcasweet@aol.com

The Judd Foundation is an equal opportunity employer.

3