# EXHIBIT 2

**From:** Maryrozell@aol.com
**Sent:** Wednesday, April 28, 2004 11:51 AM
**To:** Maryrozell@aol.com
**Subject:** (no subject)



Art Department
Quarterly Repor...

1

ANDCO2953

PURSUANT TO THE PARTIES' CONFIDENTIALITY AGREEMENT THIS DOCUMENT IS NOT BEING FILED ELECTRONICALLY BUT IS SUBMITTED TO THE COURT FOR *IN CAMERA* REVIEW