# EXHIBIT 3

**CONFIDENTIAL**

aolrich://102847171147/

| | |
|---|---|
| Subj: | **Fwd: change of address** |
| Date: | Friday, May 21, 2004 2:48:44 PM |
| From: | Maryrozell |
| To: | npirozzi@andcollc.com |

| | |
|---|---|
| Subj: | **change of address** |
| Date: | Thursday, May 6, 2004 8:38:19 PM |
| From: | Maryrozell |
| To: | usoffice@ArtBasel.com |

Kindly change our address to the following:

Mary Rozell
Director
The Ross Collection
50 West 9th Street, 6-D
New York, New York 10011


Thank you.

1 of 1

6/3/04 2:56 PM

P 000341

**CONFIDENTIAL**

aolrich://1027432811132/

| Subj: | **Fwd: The tale of Berlin, Ireland & one knee!** |
|---|---|
| Date: | Friday, May 21, 2004 2:52:07 PM |
| From: | Maryrozell |
| To: | npirozzi@andcollc.com |

| Subj: | **Re: The tale of Berlin, Ireland & one knee!** |
|---|---|
| Date: | Thursday, May 6, 2004 8:47:16 PM |
| From: | Maryrozell |
| To: | amandadunsmore@hotmail.com |

would love to see your work from weimar!!
well girl, sorry about the knee but how great to go down on the dance floor. one of my favorite photos of all time is your red hair swinging to the beat!
i am so happy about your fantasy life in ireland. gee, who would have thought? is ulf giving up his berlin flat? sounds like a major move. maybe you should have a baby afterall...
████ is great, running around now. it's hard work but really so much fun. we got his irish citizenship. we'll come visit you someday. bill's a great, loving father and we are good.
i am still director of a private collection, but only 3 days a week. really perfect. hope to get back to writing soon. there are stories to tell.
we go to berlin in late june. can't wait to hang out and enjoy those long summer nights.
it was great of you to write. you should get laid up more often!
much love and lots of kisses,
Mary