# EXHIBIT 4

AOL.com Main   Mail   AIM   Get Free AOL Mail                     Search the Web

# AOL Network

AOL.COM TERMS OF USE

Welcome to AOL.COM, which is provided by AOL LLC (either "we" or "us"). These Terms of Use govern your use of the websites, content, software and services offered through AOL.COM (collectively, "AOL.COM").

YOUR AFFIRMATIVE ACT OF USING AOL.COM SIGNIFIES THAT YOU AGREE TO THE FOLLOWING TERMS OF USE, YOU CONSENT TO THE INFORMATION PRACTICES DISCLOSED IN THE AOL NETWORK PRIVACY POLICY, AND YOU CONSENT TO RECEIVE REQUIRED NOTICES AND TO TRANSACT WITH US ELECTRONICALLY. IF YOU DO NOT AGREE, DO NOT USE AOL.COM.

1. CHANGES TO THE TERMS OF USE.

We may change these Terms of Use at any time. You can review the most current version of these terms by clicking on the "Terms of Use" hypertext link located at the bottom of our web pages. You are responsible for checking these terms periodically for changes. If you continue to use AOL.COM after we post changes to these Terms of Use, you are signifying your acceptance of the new terms.

2. REGISTERED USERS.

Certain enhanced services, such as e-mail or online calendars, are available only to registered users of the AOL Network and require you to sign in with a screen name to use them. Your use of these enhanced services as a registered user of the AOL Network will be subject to the AOL Network Registered User Terms of Service. You will be given the opportunity to join the AOL Network when you sign up for any enhanced service that requires registration.

3. ADDITIONAL TERMS.

Certain areas of AOL.COM, such as sites where you can upload or download files, may include usage guidelines and rules that will supplement these Terms of Use. By using those services on AOL.COM, you agree to comply with such guidelines and rules.

4. ELECTRONIC DELIVERY POLICY AND YOUR CONSENT.

You agree that we may provide to you required notices, agreements and other information concerning AOL.COM electronically. We will post the notices on the home page of AOL.COM or on the relevant web page of the applicable service. If you want to withdraw your consent to receive notices electronically, you must discontinue your use of AOL.COM.

5. PRIVACY POLICY.

The AOL Network Privacy Policy explains the practices that apply to your information when you use AOL.COM. Your ongoing use of AOL.COM signifies your consent to the information practices disclosed in our Privacy Policy. You can review the Privacy Policy by clicking on the "Privacy Policy"

link located on the home page of AOL.COM.

6. CHANGES TO AOL.COM.

We may discontinue or change any service or feature on AOL.COM at any time and without notice.

7. ACCESS COSTS.

You must provide at your own expense the equipment and Internet connections that you will need to access and use AOL.COM. If you access AOL.COM through a telephone line, please call your local phone company to determine if the access numbers you select are subject to long distance or other toll charges at your location. Also, if you access AOL.COM through wireless applications (e.g., cell phones), your carrier, such as a wireless carrier, may charge fees for alerts, web browsing, messaging and other services that require the use of airtime and wireless data services. Check with your carrier to verify whether there are any such fees that may apply to you. You are soley responsible for any costs you incur to access AOL.COM through any wireless or other communication service.

8. YOUR RESPONSIBILITIES.

You may use AOL.COM for lawful purposes only. You may not submit or transmit through AOL.COM any material, or otherwise engage in any conduct that:

1. violates or infringes the rights of others including, without limitation, patent, trademark, trade secret, copyright, publicity or other proprietary rights;
2. is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortious, or contains explicit or graphic descriptions, or accounts of, sexual acts;
3. victimizes, harasses, degrades, or intimidates an individual or group of individuals on the basis of religion, gender, sexual orientation, race, ethnicity, age, or disability;
4. impersonates any person, business or entity, including AOL and its employees and agents;
5. contains viruses or any other computer code, files or programs that interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment, or otherwise permit the unauthorized use of a computer or computer network;
6. encourages conduct that would constitute a criminal offense, or that gives rise to civil liability;
7. violates these Terms of Use, guidelines or any policy posted on AOL.COM, or
8. interferes with the use of AOL.COM by others.

You may not use AOL.COM in any manner that could damage, disable, overburden, or impair our servers or networks, or interfere with any other party's use and enjoyment of AOL.COM. You may not attempt to gain unauthorized access to any services, user accounts, computer systems or networks, through hacking, password mining or any other means. We may take any legal and technical remedies to prevent the violation of this provision and to enforce these Terms of Use.

9. NO SPAM.

You may not use AOL.COM or any of our communication tools to transmit, directly or indirectly, any unsolicited bulk communications (including e-mails and instant messages). You may not harvest information about our users for the purpose of sending, or to facilitate the sending, of unsolicited bulk communications. You may not induce or allow others to use AOL.COM to violate the terms of this section. We may terminate your access or use of AOL.COM immediately and take any other legal action if you, or anyone using your access to AOL.COM, violates these provisions. We may take any technical

remedies to prevent unsolicited bulk communications from entering, utilizing, or remaining with in our computer or communications networks.

10. PROPRIETARY RIGHTS.

We, our suppliers, and our users who lawfully post text, messages, information, software, images, audio and video ("Content") on AOL.COM own the property rights to that Content. The Content is protected by international treaties, and by copyright, trademark, patent, and trade secret laws and other proprietary rights. For example, we own a copyright in the selection, organization, arrangement, and enhancement of the Content, as well as in our original Content. The look and feel of our color combinations, button shapes, and other graphical elements on AOL.COM are our trademarks.

11. LICENSE TO USE AOL.COM.

You may use AOL.COM and the Content offered on AOL.COM only for personal, non-commercial purposes. You may use Content offered for downloading, such as photos and music, for personal use only and subject to the rules that accompany that particular Content. You may not use the Content in a manner that exceeds the rights granted for your use of the Content. You may not use any data mining, robots, or similar data gathering and extraction tools on the Content, frame any portion of AOL.COM or Content, or reproduce, reprint, copy, store, publicly display, broadcast, transmit, modify, translate, port, publish, sublicense, assign, transfer, sell, loan, or otherwise distribute the Content without our prior written consent. You may not circumvent any mechanisms included in the Content for preventing the unauthorized reproduction or distribution of the Content. Visit our Copyright Permission Page for information on how you can request permission to reproduce certain Content from AOL.COM.

12. CONTENT YOU POST TO PUBLIC AREAS.

Certain areas of AOL.COM may allow you to post Content that can be accessed and viewed by others, including the public in general. You may only post Content to public areas on AOL.COM that you created or that you have permission to post. You may not post Content that violates these Terms of Use. We do not claim ownership of any Content that you may post. However, by submitting Content to public areas of AOL.COM, you grant us, our parent, affiliates, and distributors the right to use, copy, display, perform, distribute, adapt and promote this Content in any medium.

13. NO DUTY TO MONITOR.

You agree that we are not liable for Content that is provided by others. We have no duty to pre-screen Content, but we have the right to refuse to post or to edit submitted Content. We reserve the right to remove Content for any reason, but we are not responsible for any failure or delay in removing such material.

14. PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT INFRINGEMENT.

We respect the intellectual property of others. If you believe that your work has been copied and is accessible on AOL.COM in a way that constitutes copyright infringement, please follow the instructions on how to contact us to report possible copyright infringement.

15. THIRD PARTY SITES; ADVERTISERS.

AOL.COM may include links to third party websites, including links provided as automated search results. Some of these sites may contain materials that are objectionable, unlawful, or inaccurate. These

links do not mean that we endorse these third party sites or services. You acknowledge and agree that we are not responsible or liable for any Content or other materials on these third party sites. Any dealings that you have with advertisers found on AOL.COM are between you and the advertiser and you acknowledge and agree that we are not liable for any loss or claim you may have against an advertiser.

16. USE OF SOFTWARE.

We may make software available for you to download or use. Such software will be subject to the terms of the license agreement that accompanies it. If there is no license agreement presented to you with the software, then the following license, in addition to the other terms of these Terms of Use govern your use of such software. We grant you a personal, non-exclusive, non-transferable, limited license to install the software on any single computer. The software is protected by copyright and other intellectual property laws and treaties and is owned by us or our suppliers. You may not sell or redistribute the software. You may not incorporate it or any portion of it into another product. You may not reverse engineer, decompile, or disassemble the software or otherwise attempt to derive the source code (except where expressly permitted by law). You may not modify, adapt, or create derivative works from the software in any way or remove proprietary notices in the software. You agree to abide by all laws and regulations in effect regarding your use of the software. You may not authorize or assist any third party to do any of the things prohibited in this paragraph.

We may automatically check your version of the software and update it to improve its performance and capabilities. If you shut down the software during an automatic update or otherwise interfere with the installation of the update, the software may be damaged and/or cease to operate.

The software is a "commercial item," as that term is defined in 48 C.F.R. 2.101, consisting of "commercial computer software" and "commercial computer software documentation," as such terms are used in 48 C.F.R. 12.212 (Sept. 1995). Consistent with 48 C.F.R. 12.212 and 48 C.F.R. 27.405(b)(2) (June 1998) and 48 C.F.R. 227.7202, all U.S. Government end users acquire the software with only those rights as set forth herein.

You agree to fully comply with all import and export laws, regulations, rules and orders of the United States, or any foreign government agency or authority, and that you will not directly or indirectly export, re-export, transfer and/or release the software, related technology, or any product thereof, for any proscribed end-use, or to any proscribed country, entity or person (wherever located), without proper authorization from the U.S. and/or foreign government. You bear responsibility for and assume all expenses relating to your compliance with the described laws, regulations, rules and orders, and for obtaining all necessary authorizations and clearances. You further agree to assume responsibility for and bear all expenses relating to your compliance with the described laws, regulations, rules and orders, and obtaining all necessary authorizations and clearances.

17. DISCLAIMER OF WARRANTIES.

We provide AOL.COM "as is", "with all faults" and "as available." We and our suppliers make no express warranties or guarantees about AOL.COM. TO THE EXTENT PERMITTED BY LAW, WE AND OUR SUPPLIERS DISCLAIM IMPLIED WARRANTIES THAT AOL.COM AND ALL SOFTWARE, CONTENT AND SERVICES DISTRIBUTED THROUGH AOL.COM ARE MERCHANTABLE, OF SATISFACTORY QUALITY, ACCURATE, TIMELY, FIT FOR A PARTICULAR PURPOSE OR NEED, OR NON-INFRINGING. WE DO NOT GUARANTEE THAT AOL.COM WILL MEET YOUR REQUIREMENTS, IS ERROR-FREE, RELIABLE, WITHOUT INTERRUPTION OR AVAILABLE AT ALL TIMES. WE DO NOT GUARANTEE THAT THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF AOL.COM, INCLUDING ANY

SUPPORT SERVICES, WILL BE EFFECTIVE, RELIABLE, ACCURATE OR MEET YOUR REQUIREMENTS. WE DO NOT GUARANTEE THAT YOU WILL BE ABLE TO ACCESS OR USE AOL.COM (EITHER DIRECTLY OR THROUGH THIRD-PARTY NETWORKS) AT TIMES OR LOCATIONS OF YOUR CHOOSING. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY AN AOL REPRESENTATIVE SHALL CREATE A WARRANTY. You may have additional consumer rights under your local laws that this contract cannot change.

18. LIMITATION OF LIABILITY.

YOUR EXCLUSIVE REMEDY REGARDING ANY SOFTWARE PROVIDED BY US SHALL BE THE REPLACEMENT OF ANY SUCH SOFTWARE FOUND TO BE DEFECTIVE. YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY OTHER DISPUTE WITH US IS TO DISCONTINUE YOUR USE OF AOL.COM. IN NO EVENT SHALL OUR LIABILITY, OR THE LIABILITY OF OUR PARENT AND OUR SUPPLIERS FOR ANY AND ALL CLAIMS RELATING TO THE USE OF AOL.COM EXCEED THE TOTAL AMOUNT OF SERVICE FEES THAT YOU PAID US DURING A ONE-YEAR PERIOD FOR THE SPECIFIC SERVICE AT ISSUE.

WE, OUR PARENT, AND OUR SUPPLIERS SHALL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES ARISING FROM YOUR USE OF, INABILITY TO USE, OR RELIANCE UPON AOL.COM. THESE EXCLUSIONS APPLY TO ANY CLAIMS FOR LOST PROFITS, LOST DATA, LOSS OF GOODWILL, WORK STOPPAGE, COMPUTER FAILURE OR MALFUNCTION, OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, EVEN IF WE KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, OUR LIABILITY, AND THE LIABILITY OF OUR PARENT AND SUPPLIERS, SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW.

19. INDEMNIFICATION.

Upon a request by us, you agree to defend, indemnify, and hold harmless us and our parent and other affiliated companies, and our respective employees, contractors, officers, directors, and agents from all liabilities, claims, and expenses, including attorney's fees that arise from your use or misuse of AOL.COM. We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate with us in asserting any available defenses.

20. INTERNATIONAL USE.

We make no representation that Content on AOL.COM is appropriate or available for use in locations outside the United States, and accessing it from territories where the Content is illegal is prohibited. If you choose to access AOL.COM from a location outside the U.S., you do so on your own initiative and you are responsible for compliance with local laws.

21. CHOICE OF LAW AND LOCATION FOR RESOLVING DISPUTES.

You agree that the laws of the Commonwealth of Virginia govern this contract and any claim or dispute that you may have against us, without regard to Virginia's conflict of laws rules, and that the United Nations Convention on Contracts for the International Sale of Goods shall have no applicability. You further agree that any disputes or claims that you may have against us will be resolved by a court located

in the Commonwealth of Virginia and you agree and submit to the exercise of personal jurisdiction of such courts for the purpose of litigating any such claim or action.

PLEASE NOTE THAT BY AGREEING TO THESE TERMS OF USE, YOU ARE: (1) WAIVING CLAIMS THAT YOU MIGHT OTHERWISE HAVE AGAINST US BASED ON THE LAWS OF OTHER JURISDICTIONS, INCLUDING YOUR OWN; (2) IRREVOCABLY CONSENTING TO THE EXCLUSIVE JURISDICTION OF, AND VENUE IN, STATE OR FEDERAL COURTS IN THE COMMONWEALTH OF VIRGINIA OVER ANY DISPUTES OR CLAIMS YOU HAVE WITH US; AND (3) SUBMITTING YOURSELF TO THE PERSONAL JURISDICTION OF COURTS LOCATED IN THE COMMONWEALTH OF VIRGINIA FOR THE PURPOSE OF RESOLVING ANY SUCH DISPUTES OR CLAIMS.

22. SEVERABILITY AND INTEGRATION.

This contract and any supplemental terms, policies, rules and guidelines posted on AOL.COM constitute the entire agreement between you and us and supersede all previous written or oral agreements. If any part of these Terms of Use is held invalid or unenforceable, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions shall remain in full force and effect.

23. TERMINATION.

Your right to use AOL.COM automatically terminates if you violate these Terms of Use or any rules or guidelines posted in connection with AOL.COM. We also reserve the right, in our sole discretion, to terminate your access to all or part of AOL.COM, for any reason, with or without notice.

4-03-05

# AOL Network

AOL LLC. | AOL International | Updated Terms of Use | Updated Privacy Policy | Trademarks | Help
Accessibility Policy | AOL Unsolicited Bulk E-Mail Policy | Advertise With Us
© 2006 AOL LLC. All Rights Reserved.

Smartbox™ Suggestions
What is this?

The page you have reached soon will be available on the new AOL.com. In the meantime, please use our site map to check out other AOL.com content.

- Launch AOL Now
- Download 9.0 Optimized

Close