# EXHIBIT 5

| Subj: | Re: German Beer Tasting Party (June 2) |
|---|---|
| Date: | Tuesday, May 18, 2004 8:26:08 AM |
| From: | Maryrozell |
| To: | TSeren5001 |

Tasha-
This sounds great - right up my alley!! I would love to go, but have an opening that night that I have committed too. Let's definitely find a night to go to the Biergarten.

There is so much to say, so much going on..... and it is so hard to get *anything* done with ▓▓▓ and no babysitter!

gee, they must really be on the ball if they actually got rid of our e-mail. neil must have headed up that challenging project. i wonder if he remembered to take catherine stanke out while he was at it?

i don't think you will be hearing from neil. he should have gotten the letter by now and i'm sure he is r-e-e-l-i-n-g. if we do not hear anything in 10 days, she will fire off another letter. if they again do not respond or tell us to f-off, then the EEOC claim is filed.

Meanwhile, we have COBRA and unemployment rights. Have you done anything about this? They were supposed to send info on COBRA and we have to call them if they do not.

Had a long talk with Paul yesterday. He is still THE BEST, so caring and supportive. I have to be careful because his relationship to Courtney has a long history. He wanted to know more about the situation and I told him that there were disagreements with the CFO and that probably played a role. I don't want anyone to know about the legal claim. He said CRH will probably call us back one day, that she is "emotional", and I told him about our consulting aspirations. He told me that Renee at the Neue already knew, "word gets around fast". I wonder how? Who could be talking to the art world? Leah? He said Elizabeth Kujawski, Lauder's curator, wanted my resume. I sent it to him. think he is probably just trying to help me out. He did say that we will stay in touch and hopes that we will work together on a project someday. Wouldn't that be great? It is such a relief to have conversations with sane people!

That's great about your apartment - and Chris' mom. How sweet is she! Is there anything you need for your apartment??? Dishes? Vases? We have so much stuff!!



No writing to speak of yet. Bettina has asked me to help on some of her projects which is very nice. I am feeling that I should not take on little stuff and just concentrate on accomplishing some writing, especially if I can get unemployment. When else will I have the time? I checked out the local library last week. Unfortunately, there are no outlets for computers and no bathroom!! (The do have, Artforum, Art in America and Artnews, however). Looks like I'm going to Starbucks. In anycase, I need to get out of the house so that I am not distracted and ▓▓▓ is not further scarred from a mother ignoring him on the computer! I am thinking of applying for grants.

Where can we find auction catalogs? I am bummed to miss the Phillips design one coming out for the June sale!! Not to mention the invitation to the preview party! It sickens me to think of Leah there!

| Subj: | Fwd: German Beer Tasting Party (June 2) |
|---|---|
| Date: | Friday, May 21, 2004 2:14:01 PM |
| From: | Maryrozell |
| To: | npirozzi@andcollc.com |

| Subj: | Re: German Beer Tasting Party (June 2) |
|---|---|
| Date: | Wednesday, May 19, 2004 8:38:04 AM |
| From: | Maryrozell |
| To: | TSeren5001 |

Hi Tasha-
my attorney had a message "regarding the Mary Rozell matter" yesterday. it was a female attorney whose name and firm she did not recognize. maybe a local east hampton attorney? they probably decided not to pull out the big guns for this. where is paul weiss? who knows. i guess they will talk today. makes me nervous.
i, too, wish you had more time off. just seems like we have a whole summer to let things gel.
i am just so happy not to be working. and i am just so MOTIVATED now that i am back working on my own life. found a good little cafe for writing yesterday. you know, doing the Parisian thing.... ha!

the Gagosian stint will be a great experience no matter what. maybe it's a question of getting in there and doing the work and then pulling out and being a consultant.
i will see bettina at this lecture today and talk to her about lunch later in the week.
have a great day!
Mary