EXHIBIT 6



CONFIDENTIAL

P000796



CONFIDENTIAL



CONFIDENTIAL

P000798

August–September                              **2004**

diese woche

**September**

| KW 34 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|
| M | | 6 | 13 | 20 | 27 |
| D | | 7 | 14 | 21 | 28 |
| M | 1 | 8 | 15 | 22 | 29 |
| D | 2 | 9 | 16 | 23 | 30 |
| F | 3 | 10 | 17 | 24 |
| S | 4 | 11 | 18 | 25 |
| S | 5 | 12 | 19 | 26 |

(30) Montag

(31) Dienstag

(1) Mittwoch

2004                                   **September**

Donnerstag  (2)

Freitag  (3)

Personal *FILOFAX* Ref. 68°C...A
© 2002

Samstag  (4)

DRIVE to CAPE

Sonntag  (5)

*FILOFAX*

September                                    2004

diese woche

September
KW 36  37  38  39  40
M      6   7  13  20  27
D      1   8  14  21  28
M      1   8  15  22  29
D      2   9  16  23  30
F      3  10  17  24
S      4  11  18  25
S      5  12  19  26

2004                                    September

                                        Donnerstag  (9)

(6)  Montag

                                        (10)

(7)                                     (11)

        Indian Point          wride postcards

                                        Sonntag  (12)

(8)

        Beach

                HUMO —

CONFIDENTIAL

P000807

September                    2004
diese woche

| KW | 40 | 41 | 42 | 43 | 44 |
|----|----|----|----|----|----|
| M  |    | 4  | 11 | 18 | 25 |
| D  |    | 5  | 12 | 19 | 26 |
| M  |    | 6  | 13 | 20 | 27 |
| D  |    | 7  | 14 | 21 | 28 |
| F  | 1  | 8  | 15 | 22 | 29 |
| S  | 2  | 9  | 16 | 23 | 30 |
| S  | 3  | 10 | 17 | 24 | 31 |

Oktober

㉗ Montag

2004                    September–Oktober
                        Donnerstag ㉚

F7 MUNICH

Freitag ①

Personal *fixOPAX* ®
© 2002

Samstag ●

i home

Oktober                                    2004

diese woche                                Oktober

| KW 40 | 41 | 42 | 43 | 44 |
|---|---|---|---|---|
| M | 4 | 11 | 18 | 25 |
| D | 5 | 12 | 19 | 26 |
| M | 6 | 13 | 20 | 27 |
| D | 7 | 14 | 21 | 28 |
| F | 1 | 8 | 15 | 22 | 29 |
| S | 2 | 9 | 16 | 23 | 30 |
| S | 3 | 10 | 17 | 24 | 31 |

㉕ Mor

㉖ Dienstag                  Ⓐ Nationalfeiertag

②

2004                              Oktober

Ⓐ                  ○ Donnerstag  ㉘

Freitag  ㉙

mstag  ㉚

=7 WEST VIRGINIA

Reformationstag*              mtag  ㉛
Ende der Sommerzeit

* Gesetzlicher Feiertag in Brandenburg, Mecklenburg-Vorpommern,
Sachsen-Anhalt, Sachsen und Thüringen

Personal filofax Ref. 684584
© 2002

November                                              2004          2004                                    November

diese woche                                           November                                    RENTAL CAR    Donnerstag ④

KW 45 46 47 48 49
M ① 8 15 22 29
D 2 9 16 23 30
M 3 10 17 24
D 4 11 18 25
F 5 12 19 26
S 6 13 20 27
S ⑦ 14 21 28
                                                                                            HF

① Montag                              Allerheiligen*                                        Freitag ⑤

* Gesetzlicher Feiertag in Bayern, Baden-Württemberg, Nordrhein-Westfalen, Rheinland-Pfalz und im
Saarland

② Dienstag                                                                                  Samstag ⑥

                                                                                            7

③ M                                                                                         Sonntag ⑦

NYC

Personal FILOFAX Ref. 684584 ©2002

FILOFAX

November                    2004

diese woche                 November

| KW | 45 | 46 | 47 | 48 | 49 |
|----|----|----|----|----|----|
| M  | 1  | 8  | 15 | 22 | 29 |
| D  | 2  | 9  | 16 | 23 | 30 |
| M  | 3  | 10 | 17 | 24 |    |
| D  | 4  | 11 | 18 | 25 |    |
| F  | 5  | 12 | 19 | 26 |    |
| S  | 6  | 13 | 20 | 27 |    |
| S  | 7  | 14 | 21 | 28 |    |

=7 New Hampshire

(22) Montag                                    Freitag (26)

(23) Diens                                     Samstag

(24)                                           ntag

=7 New York

_filofax_

**November–Dezember**                              **2004**

diese woche

| Dezember | | | | |
|---|---|---|---|---|
| KW 49 | 50 | 51 | 52 | 53 |
| M | 6 | 13 | 20 | 27 |
| D | 7 | 14 | 21 | 28 |
| M 1 | 8 | 15 | 22 | 29 |
| D 2 | 9 | 16 | 23 | 30 |
| F 3 | 10 | 17 | 24 | 31 |
| S 4 | 11 | 18 | 25 | |
| S 5 | 12 | 19 | 26 | |

(29) Montag

(30) Dienstag

MIAMI

(1) Mittwoch

---

**2004**

**Dezember**

Donnerstag (2)

(3)

=7 New York.

(DAD)                    Samstag (4)

2. Advent                    Sonntag (5)

*filofax*

Personal *filofax* Ref. 68/584 © 2002

Januar–Februar                              2005

diese woche

Februar

| Tag | 5 | 6 | 7 | 8 | 9 |
|-----|---|---|---|---|---|
| M | 1 | 7 | 14 | 21 | 28 |
| D |  | 8 | 15 | 22 |  |
| M | 2 | 9 | 16 | 23 |  |
| D | 3 | 10 | 17 | 24 |  |
| F | 4 | 11 | 18 | 25 |  |
| S | 5 | 12 | 19 | 26 |  |
| S | 6 | 13 | 20 | 27 |  |

Februar

Donnerstag ③

④

(31) Montag

① Dienstag                                                    Samstag ●

② Mittwoch                                    ●●●                Sonntag ●

=7 Hudson
Falls

CONFIDENTIAL

P000830



CONFIDENTIAL

P000831

Juni                                                    2005          2005                                    Juni
diese woche                                                                                                  '9?

|    | KW 22 | 23 | 24 | 25 | 26 |
|----|-------|----|----|----|----|
| M  |       | 6  | 13 | 20 | 27 |
| M  | 1     | 8  | 15 | 22 | 29 |
| D  | 2     | 9  | 16 | 23 | 30 |
| F  | 3     | 10 | 17 | 24 |    |
| S  | 4     | 11 | 18 | 25 |    |
| S  | 5     | 12 | 19 | 26 |    |

⇨ ITALY

⑥ Montag ●                            ⌷⌷          Freitag (10)

⑦ Dienstag                            Personal /110  ⌷⌷          Samstag ⓫

⑧                                                          Sonntag ⓬

CONFIDENTIAL

| Juni | 2005 |
|------|------|
| die: | |

2005          Juni

**juni**

| | Juni | | | | |
|---|---|---|---|---|---|
| KW | 22 | 23 | 24 | 25 | 26 |
| M | | 6 | 13 | 20 | 27 |
| D | | 7 | 14 | 21 | 28 |
| M | 1 | 8 | 15 | 22 | 29 |
| D | 2 | 9 | 16 | 23 | 30 |
| F | 3 | 10 | 17 | 24 | |
| S | 4 | 11 | 18 | 25 | |
| S | 5 | 12 | 19 | 26 | |

(35)          Donnerstag (16)

(13) **Montag**          Wochenfest (Rel.)

Freitag (17)

*Night Train 4r Brief – C*

(14) **Dienstag**          Samstag 18

**Mi**
(15)          Sonntag 19

*Anne Nomell 7pm*

— *filofax* —          — *filofax* —

Personal *filofax* Ref. 684585. © 2003.

CONFIDENTIAL

Juni                                                    2005

diese woche

**27** Montag

⟹ Drive to
HUDSON FALLS

**28** Dienstag

**29** Mittwoch

2005

Freitag ①

Samstag

filofax

filofax

**CONFIDENTIAL**

P000851



**CONFIDENTIAL**

Juli                                          2005                                              Juli

diese woche                                                                          ① Donnerstag ⑭

                                    KW 26 27 28 29 30
                                    M    4 11 18 25
                                    D    5 12 19 26
                                    M    6 13 20 27
                                    D    7 14 21 28
                                    F  1 8 15 22 29
                                    S  2 9 16 23 30
                                    S  3 10 17 24 31

⑪ Montag                                                                              Freitag ⑮

⑫ Dienstag                                                      ⑱              Samstag ⑯

⑬ Mittwoch                                                                          Sonntag ⑰

**CONFIDENTIAL**

P000853

Juli                                                         2005

diese woche

| | Juli | | | | |
|---|---|---|---|---|---|
| KW | 26 27 28 29 30 | | | | |
| M | 4 11 18 25 | | | | |
| D | 5 12 19 26 | | | | |
| M | 6 13 20 27 | | | | |
| D | 7 14 21 28 | | | | |
| F | 1 8 15 22 29 | | | | |
| S | 2 9 16 23 30 | | | | |
| S | 3 10 17 24 31 | | | | |

18  Montag

19  Dienstag

9:27, TO PRAGUE

2005                                                         Juli

○                                          ○ Donnerstag  21

Freitag  22

Berlin Aquanum                                  Samstag

Sonntag

FILOFAX

**CONFIDENTIAL**

P000854



Juli                                                    2005

diese woche

25  Montag

26  Dienstag

27  Mittwoch

2005                                                    Juli

Donnerstag  28

Freitag  29

=> NEW YORK

Samstag  30

Sonntag  31

CONFIDENTIAL

August                                                      2005

diese woche

KW 31 32 33 34 35
M   1   8  15  22  29
D   2   9  16  23  30
M   3  10  17  24  31
D   4  11  18  25
F   5  12  19  26
S   6  13  20  27
S   7  14  21  28

15

16  D

17  Mittwoch

2005                                                     August

                                           Donnerstag  18

                                    ○  Freitag  19

=7 WEST VIRGINIA

                                           Samstag  20

                                           Sonntag  21

CONFIDENTIAL

August 2005

diese woche

| August | | | | | |
|---|---|---|---|---|---|
| KW | 31 | 32 | 33 | 34 | 35 |
| M | 1 | 8 | 15 | 22 | 29 |
| D | 2 | 9 | 16 | 23 | 30 |
| M | 3 | 10 | 17 | 24 | 31 |
| D | 4 | 11 | 18 | 25 | |
| F | 5 | 12 | 19 | 26 | |
| S | 6 | 13 | 20 | 27 | |
| S | 7 | 14 | 21 | 28 | |

22 Montag

23 Dienstag

=> Dinner NYC

24 M

2005 August

Donnerstag 25

Freitag 26

Samstag 27

=> HUDSON FALLS

[Sonn]tag 28

...onal. filofax Ref. 684585. © 2003.

CONFIDENTIAL

P000859

**November**

diese woche

2005

Dezember

2005

Dezember

● Donnerstag ①

[MILAN]

㉘ Montag

Freitag ②

㉙ Diensta

㉚ Mittw

CONFIDENTIAL