# EXHIBIT 7

**MARY ROZELL**
50 West 9th Street, New York, New York 10011
(212)-█████████  maryrozell@aol.com


Smith College Museum of Art
Box 5000, 1 Elm St.
Northampton, MA 01063


September 20, 2004


To Whom It May Concern:

Enclosed please find my resume as well as a professional biography for consideration for the position of Director and Chief Curator of the Smith College Museum of Art.

As you can see, I have an M.A. in art history from the Courtauld as well as J.D. with an emphasis on art law. For the past several years, I have been the director and chief curator of one of the world's finest and most extensive private art collections consisting of antiquities, Asian art, decorative arts, and 20th century masters such as Post War artists Roy Lichtenstein, Willem de Kooning, Arshile Gorky, Franz Kline and Jackson Pollack.

Whether serving as an art collection manager, legal advocate for artists and museums, curator, critic, lecturer, or teacher, I have always been deeply committed to promoting the understanding and enjoyment of art. I come from a family of educators, and there is no training that I value more than my extraordinary liberal arts education at Hamilton College.

For these reasons, I would love to have the opportunity to continue my work as an art professional in an educational environment, particularly that of one of the country's finest liberal arts colleges (of which my mother-in-law was a proud alumna). I feel that the wealth of experience and the professional relationships that I have garnered over the past 20 years - both in the U.S. and internationally - position me to make a meaningful and vital contribution to the college and the community at large.

I would welcome the opportunity to discuss this position with you further.


Yours sincerely,


Mary Rozell

P 000249

# JOHN SIMON GUGGENHEIM MEMORIAL FOUNDATION

90 PARK AVENUE, NEW YORK, NY 10016

March 10, 2005

Ms. Mary Rozell
50 West 9th Street, #6-D
New York, NY 10011

Dear Ms. Rozell:

I am sorry to inform you that your application for a Guggenheim Fellowship was not successful. This year our Committee of Selection could nominate only 186 Fellows from over 3000 applicants, which means that a large number of excellent candidates had to be denied.

We are currently in the process of trying to enhance the Foundation's endowment with the goal of being able to award a larger number of Fellowships each year.

With all good wishes.

Yours sincerely,

G. Thomas Tanselle
Senior Vice President

TELEPHONE: (212) 687-4470   FAX: (212) 697-3248   EMAIL: fellowships@gf.org

Subj: **Archival Consultant position filled**
Date: 7/14/2005 2:41:35 PM Eastern Standard Time
From: sgrundfe@estee.com
To: Maryrozell@aol.com

Good Morning,

Thank you for your interest in our opening ... I have had a plethora of responses to the posting and actually we have made our decision on someone this week.

Best of luck to you,

Sue Grundfest

-----Original Message-----
From: Maryrozell@aol.com [mailto:Maryrozell@aol.com]
Sent: Thursday, July 14, 2005 9:49 AM
To: sgrundfe@estee.com
Subject: Archival Consultant position

Dear Mrs. Grundfest -

I write to you regarding the Archival Consultant position you advertised.

I am an art historian and art collection manager and work together with my partner, Tasha Seren, a certified archivist. We serve as consultants to private collections and specialize in the development and management of sophisticated cataloguing and maintenance systems. Although we deal primarily with visual art, we have recently digitized an extensive photography archive and have managed a film archive for a producer. We also have experience with all sorts of ephemera as well as rare books and documents.

We have had great success in making collections accessible and user-friendly through digitization and supplemental methods and have seen how this kind of "updating" can radically improve and facilitate the enjoyment and long-term management of a collection. We are familiar with all the major archival software, but sometimes choose to develop custom programs if that is more appropriate for the needs of a collection.

We have no doubt that the Estee Lauder archive contains a wealth of fascinating material and feel we have the tools and experience to help the company maintain and protect this legacy. We would thus be pleased to meet with you to learn more about your needs and to possibly offer a proposal as to how we may be able to contribute to this project. To this end, I am attaching a general description of the services we provide.

I am currently in Berlin, but will be back in New York on July 29th and would be happy to meet with you any time thereafter. In the meantime, please let me know if we can provide you with further information.

Yours sincerely,

Mary Rozell

Monday, October 24, 2005 America Online: Maryrozell

P 000589

Subj: **Director of Exhibitions and Programs in New York, NY**
Date: 10/27/2005 1:37:59 PM Eastern Standard Time
From: mrozell@artcollectionmanagement.org
To: maryrozell@aol.com



I found this job on Museum Careers (http://www.aam-us.org/) and thought you might be interested.

---

Director of Exhibitions and Programs in New York, NY

Salary: Open
Type: Full Time - Experienced

The American Federation of Arts (AFA) is seeking an experienced programmatic manager to direct its international exhibitions and educational programs. He/she will supervise the organization of 20-30 exhibitions, in various stages of development from initiation to completion, and ensure the successful realization of exhibition tours. He/she will also supervise the education and publication departments of the AFA; including all activities related to the production of its exhibition publications, texts and brochures, conferences and lecture series. The Director of Exhibitions and Programs will ensure that all projects are of the highest intellectual and artistic merit and meet the needs of the museum field. He/she will also work as part of a senior level staff team to ensure the financial success of AFA programs. In conjunction with the Director of Exhibitions Administration he/she will supervise department staff and monitor an annual programmatic budget of approximately $4 million. Reports to Director.

Requirements:
The successful candidate will have an MA in art history, or its equivalent, and a range of knowledge of and interest in art from ancient to contemporary. He/she must have at least ten years of curatorial and/or programmatic experience as well as extensive contacts in the museum and/or art world. The successful candidate will also have excellent managerial, diplomatic, interpersonal and verbal and written communication skills, the ability to handle complex projects and to work collegially as part of a team. Entrepreneurial and/or business experience a plus. Apply by email, fax or mail to: Director of Exhibitions and Programs Search, American Federation of Arts, 41 East 65th Street, New York, NY 10021, (212) 861-2487, mbones@afaweb.org

Preferred Education: Masters

NOTES: Salary commensurate with experience; competitive benefits package.

Apply online at http://museumcareers.aam-us.org/jobdetail.cfm?job=2230798.32

Wednesday, November 16, 2005 America Online: Maryrozell

P 000585

Subj: **art loss register position?**
Date: 11/15/2005 11:04:54 AM Eastern Standard Time
From: Maryrozell
To: sarah.jackson@artloss.com

Dear Sarah -
I am wondering if there is still a position open at the Art Loss Register? I just saw the ad in The Art Newspaper, but it said applications were being accepted until 10/12.

I am an Art Historian (M.A. in German Expressionism from the Courtauld) and an art lawyer with extensive background in restitution issues. I lived in Germany for several years working with museums and am fluent in German (still have an apt. in Berlin).

We live in New York now, but my husband is being transferred to London. I would certainly be interested in working for the Art Loss Register, so please let me know if it is not too late to apply.

Thanks very much,
Mary Rozell



**MARY ROZELL**
New York, N.Y. 10038
maryrozell@aol.com

Marta E. Bones
Administrative and Human Resources Coordinator
American Federation of the Arts
41 East 65th Street
New York, NY 10021

November 17, 2005

Dear Ms. Bones:

Attached please find my resume and list of publications for consideration with respect to the Director of Exhibitions and Programs position.

I have an M.A. in art history from the Courtauld Institute as well as a J.D. with an emphasis on art law. Over the past ten years, my work as a curator, exhibition program director and managing director of a visual arts institution has provided me with extensive experience in both exhibition organization and programming. Through my professional and personal pursuits, I have developed wide-ranging contacts in the international art world. I am fluent in French and German.

Please let me know if I can provide you with any further information. I would welcome the opportunity to discuss my experience and qualifications, as well as learn more about the position.

Yours sincerely,

Mary Rozell

P 000600

01/30 17:43 FAX 212 877 4005   OUTTEN & GOLDEN LLP   ☒003/008

# 576759

**MARY ROZELL** ▇▇▇ New York 10038 ▇▇▇ maryrozell@aol.com

Professor Bruce Robertson
Chair, Art Museum Search Committee
College of Letters and Science, University of California
Santa Barbara, CA 93106-2080

January 23, 2006

Dear Professor Robertson,

I have an M.A. in Art History from the Courtauld Institute where my primary research area and graduate thesis was on Expressionist architectural drawings, an area of art history that is often undervalued. I am therefore particularly interested in the Architectural and Design collection at the University Art Museum.

I also received a J.D. with an emphasis on art law from Pepperdine University in 1989 and am a member of the California Bar. I went to law school specifically to focus on museum law. My work as an associate attorney at a Washington D.C. law firm provided me with invaluable practical experience with the myriad legal issues museums face. I continue to actively cultivate my expertise in museum law through attendance at the annual ALI-ABA conference entitled "Legal Issues of Museum Administration."

In addition to my art law background, I have hands-on experience as an exhibition curator, administrator, and manager. During my seven years living in Europe, I curated exhibitions at the primary contemporary art gallery in former East Germany (working closely with the now highly-prized "Leipzig School" covered recently in The New York Times magazine) and wrote extensively for the international edition of The Art Newspaper. I also lectured on American art on behalf of the American Embassy and served as an adjunct professor at the Technical University in Zwickau, Germany from 1994-1996.

Since my return to the United States in 2000, I have held leadership positions at a non-profit art space in SoHo and at one of the finest and most extensive museum-quality private art collections. I have an accomplished record in art collection management and programming as well as fundraising, and I have developed wide-ranging contacts in the international art world which I believe would be beneficial to the University Art Museum. I am fluent in French and German.

I would very much welcome the opportunity to speak with you in more detail about these skills and my experience. My husband and I are currently considering a move to California.

I look forward to hearing from you.

Yours sincerely,

Mary Rozell (signature)

P903

Subj: NYFA ad: DWRE - Art Consultant for Private Collector position
Date: 2/6/2006 11:13:26 AM Eastern Standard Time
From: Maryrozell
To: hrjobs01@gmail.com

To Whom It May Concern -

I am an art consultant specializing in modern and contemporary art. Attached please find both a resume to provide some background as well as a description of the services I offer.

I have hands-on experience providing solutions for managing the varied minutiae of private art collections as well as a great sense of the art market, both in terms of an eye for quality and recognizing market trends.

I would welcome the opportunity to speak to you about this position.

Yours sincerely,
Mary Rozell

Mary Rozell
Art Collection Management

New York, New York 10038

Monday, February 06, 2006 America Online: Maryrozell

Subj: **UCSB UAM application**
Date: 2/22/2006 2:07:44 PM Eastern Standard Time
From: dnash@ltsc.ucsb.edu
To: maryrozell@aol.com

Dear Mary Rozell:

Thank you for your application for the position of Director of the University Art Museum.

Applications are currently under review by the Search Committee, and we will be in contact if anything further is needed from you.

I appreciate your interest in our Museum Director position.

Sincerely,

Professor Bruce Robertson
Chair, University Art Museum Director Search Committee