# EXHIBIT 8

PURSUANT TO THE PARTIES' CONFIDENTIALITY AGREEMENT THIS DOCUMENT IS NOT BEING FILED ELECTRONICALLY BUT IS SUBMITTED TO THE COURT FOR *IN CAMERA* REVIEW