# EXHIBIT 10

**COPY**
1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

MARY ROZELL,

                              Plaintiff,

         - against -        Case No. 05 CV 2936

COURTNEY ROSS-HOLST, an individual, ANDCO, LLC, a

corporation, and NEIL PIROZZI, an individual,

                              Defendants.

-----------------------------------------------------x

                              June 26, 2006

                              10:04 a.m.


Deposition of ELIZABETH ARNOLD, a non-party witness

herein, taken pursuant to Subpoena, and held at the

offices of Littler Mendelson, P.C., 885 Third Avenue,

16th Floor, New York, New York, before April Pearl

Schirm, a Court Reporter and Notary Public of the

State of New York.



DALCO REPORTING, INC.
170 Hamilton Avenue, White Plains, NY 10601
49 W. 37th Street, New York, NY 10018
914.684.9009  Fax 914.684.6561  212.679.6095
800.DAL.8779  www.dalcoreporting.com

court reporting & legal video

ELIZABETH ARNOLD                    29

1

2    complaint?

3              A.   Yeah.

4              Q.   And then you ask, it looks like, do they

5    know that this is still proceeding forward, correct?

6              A.   Yes.

7              Q.   Did you get a response to that?

8              A.   Not sure she knows.

9              Q.   Do you know who she is?

10             A.   I believe it was referring to her former

11   employer.

12             Q.   Can you read the next line?

13             A.   Uh-huh.  Starting a fiction novel.  Names

14   changed in milieu where I worked.

15             Q.   Do you recall anything else that was

16   discussed about Ms. Rozell's fiction novel?

17             A.   No.

18             Q.   Did she ever bring it up in any other

19   sessions, as far as you remember?

20             A.   I believe in another session towards the

21   end of our meetings.

22             Q.   Do you recall anything about that, other

23   than what is in your notes?

24             A.   No.

25             Q.   Then below that it says, always been a



1

2      contacts.

3            Q.    Anything else?

4            A.    Not that I remember.

5            Q.    Do you recall anything that was discussed

6      about how Ms. Rozell wanted the case to be resolved?

7            A.    No.

8            Q.    And can you read your parenthetical, not

9      knowing?

10           A.    Not knowing how people are viewing her.

11           Q.    What does that refer to?

12           A.    I think I was identifying a source of

13     stress.

14           Q.    What does it say next?

15           A.    My note to myself is a double

16     parentheses.  Hostility hovering out there and I

17     don't know when it's going to strike.  I'm trying to

18     imagine her feeling.

19           Q.    So generally, in your notes, if you do a

20     double parentheses, it is an observation that you are

21     making?

22           A.    Uh-huh, or a thought I'm having to

23     myself.

24           Q.    What does it say at the bottom?

25           A.    I was really close to boss.  Probably



1                         ELIZABETH ARNOLD                    40

2       sure she hates me now.  Thinks I'm after her money.

3              Q.    What does that refer to, do you recall?

4              A.    Courtney.  Mary expressed sadness over

5       the loss of the relationship with her.

6              Q.    Was it your impression that Ms. Rozell

7       believed she had a friendly relationship with

8       Courtney Ross --

9              A.    Yes.

10             Q.    -- prior to this legal incident?

11             A.    Yes.

12             Q.    What does it say at the bottom?

13             A.    The humiliation of not doing a lawsuit.

14             Q.    Do you know what that refers to?

15             A.    That seemed worse than the stress of

16      doing a lawsuit.

17             Q.    Do you recall anything else that was

18      discussed about that in this session?

19             A.    No.

20             Q.    Turn to the next page.  Is this still the

21      same session?

22             A.    Yes.

23             Q.    Can you just read the parenthetical at

24      the top?

25             A.    Hovering hostility before being let go.



1

2          A.    His friend -- I believe Neil's friend,

3    Richard Halperin sat in on meeting.  Mrs. Holst's

4    financial advisor.  Her, quote, guru du jour.

5    Christy came in minutes before the meeting to say

6    he'd be in the meeting.  Neil is chief financial

7    consultant, brought in his friend Richard who was

8    making a fortune.

9          Q.    And again, these are things being told to

10   you by Mary Rozell?

11         A.    Of course, yes.

12         Q.    Okay.

13         A.    Keep going?

14         Q.    Yes.

15         A.    Told her, she asked -- and I believe this

16   refers to the meeting with Ms. Holst.  She asked,

17   what would you like me to do; me, meaning Mary, I'll

18   handle it.

19         Q.    And then there is, if you'll see there,

20   there is a double parentheses that has the word

21   nothing.

22         A.    Nothing.

23         Q.    What is that?

24         A.    What would you -- Ms. Holst, what would

25   you like me to do.  When Mary says I'll handle it, my



1                          ELIZABETH ARNOLD                          50

2        assumption was that she did not want Ms. Holst to do

3        anything.  Nothing.

4                Q.    That was a note you were making to

5        yourself on what your impression was, correct?

6                A.    Yes.

7                Q.    Where it says, I'll handle it, that is

8        something that Mary Rozell told you?

9                A.    Yes.

10               Q.    Can you continue reading?

11               A.    Then he turned malicious and some quotes.

12       You were a cheerleader.  You?  You are so negative.

13               Q.    Do you recall any examples of

14       maliciousness that Ms. Rozell cited?

15               A.    No.

16               Q.    At the bottom, can you read that?

17               A.    Why the timing.  Suddenly to escort you

18       out.

19               Q.    What does that refer to?

20               A.    The dismissal and escorting from the

21       building.

22               Q.    And that was Ms. Rozell questioning the

23       timing, correct?

24               A.    I'm unclear.  That sounds like something

25       I would have asked her.



ELIZABETH ARNOLD                    63

1

2          A.   My memory is that maybe the co-op was --

3    I don't know if their time was up.  They were being

4    asked to go.

5          Q.   Do you know why they were being asked to

6    go?

7          A.   I do not.

8          Q.   What does a lot of compromising refer to,

9    do you know?

10         A.   Balancing what you can afford with what

11   you want.

12         Q.   And what does it say next?

13         A.   Husband says, you can't just keep taking

14   off.  You need an income.

15         Q.   What does that refer to?

16         A.   I believe Mary's not working.

17         Q.   This is something Mary was --

18         A.   Reporting to me.

19         Q.   -- relating to you that her husband had

20   said?

21         A.   Yes.

22         Q.   Do you know what just keep taking off

23   refers to?

24         A.   Just keep not working, not bringing in

25   income.


dalco
court reporting & legal video

1                          ELIZABETH ARNOLD                        65

2              A.    Husband.  Mary reports her husband was

3       saying, what is holding you back.  There are people

4       with your degrees and fluencies who are very

5       successful.

6              Q.    What does that refer to?

7              A.    Work situation.

8              Q.    Do you recall anything else that was

9       discussed about that?

10              A.    No.

11              Q.    And just continue.

12              A.    I see it with my son too.  He will step

13       back, let others go first.  If someone takes his

14       truck, will look at me with a sad face.  Me, when I'm

15       in a competitive situation, I hold back.  I avoid it.

16       I can be an activist, but when it's asking for

17       something for me, dot, dot, dot.  I said, you can

18       marshall forces for a cause, not a general fear of

19       conflict.  She said right.

20              Q.    And if you can continue on the top of the

21       next page.

22              A.    She said -- Mary said, I'm not good at

23       getting paid.  I always do a lot of work for free.

24              Q.    This is the second reference she has made

25       to doing things for free?



1                        ELIZABETH ARNOLD                    71

2              A.    No.

3              Q.    -- or what was discussed about that?

4              A.    No.

5              Q.    What does it say below that?

6              A.    Working on book, 30,000 words.  Another

7        book I've wanted to write for seven years.

8        Non-fiction, being in Berlin as the wall came down,

9        ridiculous stories.

10             Q.    When it says 30,000 words, is it your

11       recollection that Ms. Rozell said she had already

12       written 30,000 words or that she would like to write

13       30,000 words?

14             A.    I don't know.

15             Q.    What does it say below that?

16             A.    I lived, was the guest curator in East

17       Germany, Weimar.  Everybody lived there.  I believe

18       she is describing the house that she lived in.

19       Nietzsche, Goethe and Schiller, painters.  I lived in

20       a little house with a historical sign, the gathering

21       point for the Jews before they were deported.

22             Q.    She was describing someplace she had

23       actually lived in Germany?

24             A.    Yeah, describing another book I wanted to

25       write for seven years.



1                      ELIZABETH ARNOLD                72

2          Q.   The non-fiction book?

3          A.   Uh-huh.

4          Q.   Yes?

5          A.   Yes.  Sorry.

6          Q.   What does it say next?

7          A.   I'm scared about the lawsuit.  I say -- I

8    question, what are you scared about.  Of being hurt,

9    of things they'll say about me.  I don't want to hurt

10   anyone either.

11         Q.   And then what does it say?

12         A.   Bettina fabricated a graduate degree on

13   her resume.

14         Q.   Do you recall what was discussed about

15   that?

16         A.   No.

17         Q.   Do you have any recollection of why Ms.

18   Rozell would have brought that up in her session?

19         A.   My recollection is that she was upset

20   that Bettina was distancing herself from the

21   business.

22         Q.   Okay.  The next session was April 7,

23   2005, correct?

24         A.   Yes.

25         Q.   What does it say there?

