**EXHIBIT 11**

```
                                                              1
 1

 2   UNITED STATES DISTRICT COURT.
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------
 4   MARY ROZELL,
 5                    Plaintiff,
 6            - against -
 7
     COURTNEY ROSS-HOLST, an individual, ANDCO, LLC, a
 8   corporation, and NEIL PEROZZI, an individual,
 9                    Defendants.

     ------------------------------------
10
11                    3 Park Avenue
                      New York, New York
12
                      June 29, 2006
13                    10:30 A.M.
14
15            DEPOSITION of AMERICA ONLINE, a
16   non-party witness herein, by MARISSA GAHAFER,
17   taken by the Plaintiff, pursuant to Federal Rules
18   and Regulations, and Subpoena, held at the
19   above-mentioned time and place, before Anita M.
20   Cummo, a Notary Public of the State of New York.
21
22
23
24
25
```

```
                                                              24
 1                         GAHAFER
 2   asked you about in which it indicated that the
 3   member or that AOL viewed the answer to the
 4   member's ASQ?
 5             Does challenge mean anything from
 6   your previous testimony on the caller answering
 7   an ASQ?
 8        A.   No, each customer care consultant
 9   type in things differently.
10        Q.   So, challenge does not have any
11   special meaning, as far as you're aware?
12        A.   No.
13        Q.   The next one, 22, "Changed payment
14   info changed by AMI, underscore, payment," and
15   then there is some material under resolution.
16             Could you tell me what is your
17   understanding of what that means?
18        A.   The account holder changed or the
19   member changed their payment information.  I
20   don't know what "AMI underscored payment" means
21   -- underscored payment, but they changed how they
22   want to pay for the account by entering under
23   resolution, it looks like they provided new bank
24   transit and account information in order to be
25   billed for the account monthly.
```