EXHIBIT 18    (PART I)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
MARY ROZELL,                   )
                               )Case No.
            Plaintiff,         )05CV 2936
                               )
       vs.                     )
                               )
COURTNEY ROSS-HOLST, an        )
individual, Andco, LLC, a      )
corporation, and NEIL PIROZZI,)
an individual,                 )
                               )
            Defendants.        )
------------------------------)
```

Tuesday, April 25, 2006
10:10 a.m.

Videotaped Deposition of COURTNEY
Sale Ross, held at the offices of Outten
& Golden, LLP, 3 Park Avenue, New York,
New York 10016, pursuant to Notice,
before Otis Davis, a Notary Public of the
State of New York.





**David Feldman**
W o r l d w i d e

ORIGINAL

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

                    Courtney Sale Ross

1

2       A.      I have no idea.

3       Q.      Is Donna's claim resolved, as

4  far as you know?

5       A.      To my understanding, it was.

6       Q.      Have you ever been sued by a

7  member of your household staff for

8  employment-related claims?

9       A.      I may have, but I don't

10  remember.

11      Q.      Would you tell me what Andco

12  is?

13      A.      It's a limited liability corp.

14  that does all my back office work.

15      Q.      Tell me what "back office"

16  means?

17      A.      All the financial

18  underpinnings.

19      Q.      What does that mean?

20      A.      Getting bills, paying bills,

21  doing taxes, working with financial

22  advisors.

23      Q.      How many employees did it have

24  in 2003, 2004?

25      A.      Probably maybe three.  I am

1      Courtney Sale Ross

2    talking about the financial part of it.

3        Q.    I mean the whole company.

4        A.    I have no idea.   I have a lot

5    of employees, so I'm not sure how many

6    there were.

7        Q.    Do you know for sure which

8    employees worked for which companies?

9        A.    No.   I would assume that the

10   personnel employees work for Andco.

11       Q.    But you don't know for sure?

12       A.    I think that's what it is.

13       Q.    How about the household

14   employees; who do they work for?

15       A.    I don't know.   I think they may

16   be Andco, but I'm not sure.

17       Q.    Tell me who are your --

18             In 2003 and 2004, who were your

19   key employees?

20             MR. WEBER:  Objection.  I don't

21        understand the term.

22       Q.    Does that term make any sense

23   to you?

24       A.    No, I don't know what -- I

25   mean, I was running a school.  So I'm not

Courtney Sale Ross

1      MS. PERATIS:  I would like to

2   have all of the questionnaires

3   connected with this piece of work by

4   the Pappas Consulting Group and any

5   other documents generated in

6   connection with the work that Ms. Ross

7   has just described.

8      MR. WEBER:  We'll take your

9   request under advisement.

10      MS. PERATIS:  Okay.

11      Q.   Did Mr. Pirozzi ever recommend

12   that any staff member be disciplined?

13      A.   Disciplined?

14      Q.   Yes.

15      MR. WEBER:  If you recall.

16      A.   I don't recall.

17      Q.   Did he ever recommend that any

18   staff member be terminated?

19      A.   Generally, I was the one that

20   recommended termination.

21      Q.   My question is:  Did

22   Mr. Pirozzi ever recommend that somebody be

23   terminated?

24      A.   I'd have to look back at all

1          Courtney Sale Ross

2    the people to see if there was anybody

3    terminated to find that out.  I don't

4    recall.

5          Q.    So as far as you can recall

6    now, you don't remember that he ever

7    recommended to you that anybody be

8    terminated?

9          A.    Not to my recollection, no.

10   But I don't know -- I would have to look

11   back.  I don't remember.

12         Q.    Do you have an opinion about

13   the quality of Mr. Pirozzi's performance?

14         A.    Do I have an opinion about it?

15         Q.    Yes.

16         A.    Yes.  He performs, he does his

17   job.

18         Q.    You are satisfied with his

19   performance?

20         A.    Yes.

21         Q.    What are his strengths?

22         A.    Loyalty, willingness to go the

23   extra mile.

24         Q.    What does that mean?

25         A.    It's a term from my mother.

Courtney Sale Ross

1

2    CFO and you have a chief financial advisor,

3    of course they work together.

4         Q.    What, if anything, did

5    Mr. Halperin have to do with discussing any

6    employees with you -- strike that.

7              What, if anything, did

8    Mr. Halperin have to do with talking to you

9    about any employment-related matters?

10        A.    I would ask his advice about

11   many things.

12        Q.    Can you give me some examples

13   of advice you sought from him regarding

14   employment-related matters?

15        A.    Yes.  For instance, I would ask

16   him -- if I was hiring a butler and

17   something seemed outrageous, I would call

18   him and say, did Ron ever pay this much for

19   a butler or any of your other clients?

20             So I would ask him things

21   that -- the cost of managing people that

22   had high net worth he had knowledge of that

23   I didn't.  Not specifically, I didn't care

24   about specific people, but just in general

25   what the issues were.

Courtney Sale Ross

I trusted him -- he is a man of integrity, so I trusted his advice implicitly.

Q.   Did you ever talk to him about any problems you had with employees?

A.   Yes, I did.  I called him to sit in when it came to my attention that Mary had an issue with Neil.

Q.   Had you ever asked him to sit in on a conversation with any other employee?

A.   If it was business related.

Q.   I am just asking you if you ever asked him to sit in on any conversation with any other employee.

A.   Not to my knowledge right now.

Q.   Who is responsible for human resources for your employees?

A.   I don't think we had anybody in charge of human resources.

Q.   So if an employee had a problem or an issue, am I correct that they would -- strike that.

When Ms. Rozell came to meet

1          Courtney Sale Ross

2   with you about the matter you just referred

3   to, the problem with Mr. Pirozzi, prior to

4   the time she came to meet with you, what

5   did you know about why she was coming to

6   meet with you?

7          A.     First of all, I requested the

8   meeting.  So she didn't come to me with the

9   meeting.

10         Q.     How did that happen?

11         A.     What happened was Christi said

12  to me there is something I think you should

13  know about.  And I said, what's that?  And

14  she said Mary said that Neil has been

15  sexually harassing her but doesn't want you

16  to know.

17                And I said, doesn't want me to

18  know?  I said, why would she be talking

19  about it to other people if it's an

20  employee relationship issue?  That seemed

21  fairly odd to me to begin with.

22         Q.     And you said that to Christi,

23  why would she be talking about it to other

24  people?

25         A.     No.  What I said to Christi was

Courtney Sale Ross

that's of great concern.  I want to speak

to her.  And she said, well, she told me

she didn't want you to know.  I said, well,

but now I do know.  So that's a concern.

I am a woman, I have been in

the workplace all my life, and if there is

a sexual harassment issue, I can assure you

I'm not going to sit there and not deal

with it.

Q.    What did you do?

A.    I said set up a meeting with

Mary, I need to meet with her.  And I

called Richard, because obviously, I

couldn't have Neil in the meeting, I had no

one else to turn to, and I know I don't

meet alone in those situations, and I knew

that Neil -- Richard is discrete and is a

lawyer and would help me understand what

was going on.

Q.    So what happened next?

A.    So we had a meeting.

Q.    Christi scheduled a meeting?

A.    Yes.

Q.    After this first conversation

1          Courtney Sale Ross

2     with Christi --

3          First of all, where did this

4     conversation take place?

5          A.    In Christie's office.

6          Q.    Did you only have one

7     conversation with Christi about Mary's

8     matter with Mr. Pirozzi?

9          A.    Before the meeting, yeah.

10          Q.    So after you told her to

11     schedule the meeting, you had no other

12     conversations with Christi about scheduling

13     this meeting?

14          A.    No.

15          MR. WEBER:  Objection as to

16     form.  Answer.

17          Q.    Is that correct?

18          A.    I don't think so.

19          Q.    So the next thing that happened

20     was you had the meeting?

21          A.    Right.

22          Q.    Did Christi know that

23     Mr. Halperin was going to be there?

24          A.    I don't know.

25          Q.    Did you tell her?

1           Courtney Sale Ross

2      A.    I don't remember if I told her

3    or not.  I'm sure I told her Richard is

4    joining us.

5      Q.    Did you tell her that in the

6    same conversation?

7      A.    I don't know.

8      Q.    When you had that conversation

9    with her, am I correct that you didn't know

10   at that point that you were going to ask

11   Richard to join you?

12     A.    I'm not sure what you mean.

13           MS. PERATIS:  You want to read

14        the question back.

15     A.    Christi brought it to my

16   attention, I said that I must speak with

17   Mary, this has come to my attention, I must

18   speak to her, get Richard Halperin on the

19   phone, because I'm not going to meet with

20   her alone.

21     Q.    So you told her that all in one

22   conversation?

23     A.    I don't know if it's one or two

24   conversations.

25     Q.    But you told Christi get

1          Courtney Sale Ross

2    Richard Halperin on the phone because I'm

3    not going to meet with Mary alone?

4          A.    Yes, because I know not to do

5    that, plus I needed his advice.

6          Q.    Did Christi ever tell you that

7    Ms. Rozell was uncomfortable having this

8    meeting with Mr. Halperin present?

9          A.    No.

10         Q.    What, if anything, did you tell

11   Christi about why you wanted Mr. Halperin

12   there?

13         A.    Nothing.

14         Q.    What, if anything, did you tell

15   Christi about what to tell Mary about

16   Mr. Halperin being there?

17         A.    I didn't tell her anything.

18         Q.    Prior to your hiring

19   Ms. Rozell, am I correct Mr. Szczepanek was

20   the head of the art department?

21         A.    There were two people in the

22   art department.

23         Q.    Who were they?

24         A.    Leonardo and Stephen.

25         Q.    What did Stephen do?

Courtney Sale Ross

A. They shared different responsibilities. I think Leonardo worked more on the wine. I was busy building the school, so I didn't really analyze who did what. Stephen would do writing for me.

Q. What was Mr. Szczepanek's job? What was he supposed to do? What were his duties?

A. It changed. I mean, they were supposed to oversee -- there was a lot of work to do after Steve died with the estate.

Q. What was that work that they were supposed to do?

A. Well, there is getting appraisals and all the work that has to be done to prepare for probating a will.

Q. You mean appraisals of the artwork?

A. Yes.

Q. So Mr. Szczepanek was supposed to get appraisals for the artwork?

A. And Leonardo.

Q. What else besides that?

1    Courtney Sale Ross

2    A.    The same job description,

3    overseeing conservation, recording.  During

4    the years of building the school, it

5    started in '91, I pulled them off a lot of

6    their work to be able to help me with the

7    school.

8    Q.    When you say "the same job

9    description," did you mean they had the

10   same job description as Ms. Rozell had?

11   A.    I am saying that any art

12   collection -- you know, there is a cluster

13   of duties that are clustered around an art

14   collection.

15   Q.    You said "the same job

16   description."  So I'm just wondering what

17   you meant by that.

18   A.    I mean the duties that come

19   attached to taking care of an art

20   collection.

21   Q.    Were they similar to the duties

22   that were contained in Ms. Rozell's job

23   description?

24   A.    Similar, but I'm sure that they

25   changed.  Like I said, I was in the big

1          Courtney Sale Ross

2    years of building the school, and the art

3    department, because the school is

4    organized, history of art plays a very

5    important role.

6          So I called on their expertise

7    to help me with actually creating the

8    spaces and the artwork in the school and

9    installation.  It was a vast amount of

10   work, five buildings.

11         Q.    Tell me what Mr. Szczepanek's

12   skills are?

13         A.    He is loyal -- as you can see,

14   that comes first -- he is an artist, he is

15   an excellent writer, he is very

16   knowledgeable about art.

17         Q.    Does he have a particular

18   specialty in his knowledge?  Are there

19   periods that he is a specialist in?

20         A.    I wouldn't say in particular.

21   He is very literate.  He reads all the

22   time.

23         Q.    Does he have curatorial skills?

24         A.    I don't know if he did.  He and

25   Leonardo worked on the -- when Steve was

Courtney Sale Ross

alive, they did things for Time Warner.
When Steve died, there was so much work to
do on the collection, and then they just
stayed.  In other words, I never saw a
résumé to begin with, because he was hired
by the company first.

Q.    But in your observation of his
work, he --

A.    He wasn't trained as a
professional curator.

Q.    As far as you know, what, if
any, curatorial skills did he have?  And if
you don't remember, then you don't
remember.

A.    I think that -- first of all,
you have to understand that they worked as
a team.  So they had different strengths.

Q.    But I'm just asking about
Mr. Szczepanek's strengths.

A.    I think he has the knowledge to
be able to identify what needs to be done
in the collection.

Q.    So what, if any, curatorial
skills did he have?

1    Courtney Sale Ross

2    MR. WEBER:  Other than what's

3    been testified to?

4    Q.    What, if any, curatorial skills

5    did he have?

6    A.    First of all, curator, in my

7    sense, I am the active person in the art

8    collection.  I mean, nobody buys, nobody

9    sells, it's me.

10    So the curator is maintaining

11    and taking care of appraising, valuating.

12    And he was capable of doing all that.

13    Q.    What curatorial work did he do

14    for you prior to the time you hired

15    Ms. Rozell?

16    A.    They were keeping the files,

17    then they were working on special projects

18    with me.  So I pulled him off the

19    curatorial part of it to work on the

20    school, as I said before, and also any

21    special projects I would have.

22    Q.    So again --

23    A.    For instance, I was doing

24    things in China, and he was my main

25    interface with China.

Courtney Sale Ross

1

2      Q.    What, if any, curatorial work

3   did he do for you prior to the time

4   Ms. Rozell was hired?

5      A.    The duties that I have spoken

6   of before.

7      Q.    Tell me what he did, what

8   curatorial work he did?

9      A.    There was another person, Joe,

10   and they were to be cataloging.  I know

11   that they were backlogged, which was the

12   reason to, when Stephen left, catch up with

13   that work, because that part of the demand

14   for the school was over with.

15      Q.    Is there anything --

16      A.    So I reallocated his resources

17   to help me with the school.

18      Q.    Is there anything else that you

19   can tell me regarding the curatorial work

20   Mr. Szczepanek did for you prior to the

21   time Ms. Rozell was hired?

22      A.    If I were to make a purchase,

23   if I was interested in something, I would

24   have him go to the experts to figure out,

25   because I would want their advice before I

Courtney Sale Ross

purchased.  He would do things like that.

Q.    Do things like what?  Tell me
that again.

A.    If I saw a piece of art and I
was interested in it, what I would do to
Stephen is say -- like, for instance, if
it's Greek, I would say call Carlos Picon
at the Metropolitan Museum, he's the Greek
and Roman curator, and I would get Carlos'
opinion on it or other experts.  So he
interfaced with the experts.

Q.    Anything else?

A.    No.  I mean, there are probably
other things, but that's all I can think of
right now.

Q.    Did he have any -- strike that.

Why, if you know, did
Mr. Szczepanek leave your employ in 2001?

A.    To my knowledge, he had a new
partner and he was artistic himself and
they were going to establish a loft
somewhere, I think in Brooklyn, I'm not
sure, and they were going to sort of do a
co-business together.

1           Courtney Sale Ross

2           After Ms. Rozell was

3 terminated, what, if anything, did you do

4 regarding Mr. Szczepanek's relationship to

5 you and your art collection?

6      A.    Well, I think you would have to

7 go back. I called on Stephen during all

8 the years, even when Mary was there, to

9 advise and consult.

10      Q.    I am asking what, if anything,

11 changed once you terminated Ms. Rozell?

12      A.    Well, my recollection is that

13 in April -- I would have to go back. There

14 were intermediaries that came to me with

15 concerns about Mary, Marisa, for instance,

16 concerns about her work, what she was

17 doing, not getting a handle on what she was

18 doing. That would have gone back to the

19 prior summer.

20      Q.    Summer of what year?

21      A.    I guess that's 2003.

22      Q.    You mean the summer before she

23 was terminated?

24      A.    Right.

25      Q.    So your testimony is that

1          Courtney Sale Ross

2     Marisa came to you and told you that she

3     had concerns about the quality of Mary's

4     work?

5          A.    What, in fact, Mary was doing

6     and how long was it taking to do what her

7     job was that she had hired all these people

8     to do.

9          I was too busy to deal with it,

10    to tell you the truth.  I had too many

11    balls in the air and too busy to deal with

12    it.

13         Darius also came up on occasion

14    and said when he was in the apartment that

15    she was in the back of her desk doing her

16    fingernails.

17         Now, I have to tell you, I

18    never saw that, but it was reported to me

19    by two or three other people.

20         Q.    When?

21         A.    Probably -- it would have been

22    the summer before, it would have been

23    around the time Marisa came to me.

24         Q.    So you are saying two or three

25    people reported to you that Mary sat at her

Courtney Sale Ross

1

2    desk and did her fingernails?

3        A.    Yes.

4        Q.    Who?

5        A.    Darius was one of them.

6        Q.    And he reported that to you?

7        A.    Christi was another one.

8        Q.    Let me just get some detail

9    here.

10            Darius reported that to you in

11    the middle of 2003?

12        A.    Yeah.

13        Q.    And Christi reported that --

14        A.    And probably before that.

15        Q.    Before that or not?

16        A.    I don't know if it was before

17    the summer, I don't know if it was the

18    spring of 2003.  It was definitely 2003.

19        Q.    You are saying that Christi

20    also reported to you --

21        A.    Yes.

22        Q.    -- that Mary sat at her desk

23    and did her fingernails?

24        A.    Uh-huh, and kept strange hours.

25        Q.    What does that mean, "strange

Courtney Sale Ross

1

2    hours"?

3        A.    I didn't know what it meant,

4    but the flags were going up, because I

5    wasn't there, I was at school.

6        Q.    Who else reported anything to

7    you negative regarding Ms. Rozell's

8    performance?

9        A.    Just the people that I have

10   said.

11       Q.    Darius and Christi?

12       A.    Right, and Marisa.  Marisa was

13   very concerned.

14       Q.    Is there any written record of

15   any complaints regarding Ms. Rozell's

16   performance in 2003?

17       A.    I don't know if there are or

18   not.

19       Q.    Did you ever see anything?

20       A.    I don't remember if I saw it.

21   Usually those things would be told to me in

22   person; in other words, somebody would come

23   to me and say I have a concern here.

24       Q.    And you made no note of those

25   conversations?

1          Courtney Sale Ross

2      A.    No.

3      Q.    Am I correct you never told

4  Ms. Rozell about those conversations?

5      A.    No.

6      Q.    Do you know whether Darius ever

7  told Ms. Rozell that that was his opinion?

8      A.    I don't know.

9      Q.    Who did he tell, if you know,

10  other than you that that was his opinion?

11     A.    I don't know.  In my

12  organization, somebody painting their nails

13  is sort of -- I mean, I am a 24/7 person,

14  and most people that work for me are 24/7

15  people.

16     Q.    So you were very upset about

17  that?

18     A.    I didn't know what it meant.

19     Q.    But three people reported to

20  you in the middle of 2003 that Mary wasn't

21  doing her job; is that correct?

22     A.    They reported to me that they

23  were not sure what Mary was doing, that she

24  was coming in with erratic hours, going in

25  and out, that there were people that were

Courtney Sale Ross

1

2    hired that they were cataloging with.  It

3    was hard to get a hand on when it was going

4    to end.

5        Q.    What, if anything, did you do

6    about those reports?

7        A.    I was busy and I didn't have

8    time.

9        Q.    So you never did anything about

10   it?

11       A.    No, I did not do anything about

12   it.

13       Q.    So you never did any

14   investigation of those claims?

15       A.    Uh-huh.

16       Q.    You never spoke to Mary about

17   it?

18       A.    No, I didn't.

19       Q.    From the time that you received

20   those reports that you just described until

21   the spring of 2004, am I correct that you

22   did nothing about those reports?

23       A.    I did not do anything about the

24   reports, because I was too busy to get in

25   to understand what it meant.  If I didn't

1          Courtney Sale Ross

2 have time to do a full review of it, then I

3 shouldn't even start the process.

4         Then when the thing at

5 Christmas happened with this bonus thing of

6 doing false rumors, plus it was coming to

7 my attention that there was incessant

8 complaining going on, that was the other

9 thing, I'm like "complaining about what?"

10     Q.    What do you mean "there was

11 incessant complaining going on"?

12     A.    What I was told by the office

13 staff was that Mary and Tasha were

14 incessantly complaining and that Mary was

15 out looking for another job, Tasha wasn't

16 happy.

17         I had no idea, because I wasn't

18 around, I was working, I was in meetings.

19     Q.    This was an office in which

20 there was a lot of gossip?

21     A.    I suppose there is a lot of

22 gossip in every office.  I don't have time

23 to partake in gossip.

24     Q.    I understand.  But from what

25 you are describing to me, am I correct that

Courtney Sale Ross

there was a lot of gossip going on among

the office staff?

     A.     Sounded like it to me on all

levels.

     Q.     What, if anything, did you do

of your learning that there was incessant

complaining about Mary and Tasha?

     A.     I didn't do anything until the

spring.

     Q.     I began this line of

questioning by asking you about what, if

anything, changed regarding Mr. Szczepanek

doing work for you after Ms. Rozell was

terminated.

     A.     What happened was Neil had come

to me I believe in April and had said that

Tasha wanted to leave.  I said why.  I

mean, I knew that there was -- sometimes I

just think they're just having a bad day.

If I don't have time to really investigate

it, then I just leave it alone.  I had too

many other things on fire.

          So I said why.  He said, well,

there is a lot of discontent in the office,

1          Courtney Sale Ross

2    Mary and Tasha get along really well, but

3    they don't get along with Lea.  It was just

4    all this stuff.  And I was busy.  I didn't

5    know where to start with it.

6          Q.    This is Neil telling you this?

7          A.    Neil told me this, because it's

8    an employment issue, do we replace her, who

9    do you choose, if she leaves, what do you

10   do to restructure the department, what do

11   you do.

12          MS. PERATIS:  Does that mean

13      you have to change your tape in five

14      minutes?

15          THE VIDEOGRAPHER:  Yes.

16          MS. PERATIS:  Do you want to do

17      it now?

18          THE VIDEOGRAPHER:  If you would

19      like.

20          MR. WEBER:  Let's take a break.

21          MS. PERATIS:  No, let's go a

22      couple more minutes, and then we'll

23      take a break.

24          MR. WEBER:  Okay.

25          Q.    So Neil told you that Tasha

1          Courtney Sale Ross

2    wanted to leave?

3          A.    Right, and there was all this

4    discontent in the department.

5          Q.    Did he tell you that he didn't

6    want Tasha to leave?

7          A.    I don't think he wanted Tasha

8    to leave.

9          Q.    Did he tell you that?

10         A.    I think so.  I think he didn't

11   want Tasha to leave.

12         Q.    What did he say to you that led

13   you to believe that he didn't want Tasha to

14   leave?

15         A.    I don't remember.  I think he

16   said if Tasha and Lea don't get along, then

17   Lea has to leave because she is younger and

18   she is whatever, in his estimation, that

19   Tasha did the lion's share of the work.

20   And I said that's not how you make an

21   evaluation.  I want to know what's really

22   going on.

23              So I called Cari, whose office

24   is right downstairs, right next to their

25   offices, and she came upstairs and I asked

Courtney Sale Ross

her, what is going on here.

Q.    And what did she tell you?

A.    She said it was a mess.

Q.    Did you make any notes of your
conversation with Cari?

A.    No.  She said it was a mess.

Q.    We'll get back to that, but I
want you to tell me, Mary's departure, how
that affected your relationship with
Mr. Szczepanek.

A.    It's leading up to that.  I
said, a mess of what kind?  She said,
basically, that Lea was being completely --
being treated badly by Mary and Tasha.  I
said, well, why can't Mary resolve this?
This is her staff.  And she said because,
you know, she is not happy herself, all
they do is complain incessantly.

So if I have a manager who is
complaining, then why wouldn't I have a
staff that's complaining.

Then I said, well, how is the
work getting done?  Who is doing the work?
Nobody seemed to know what Mary was doing.

1          Courtney Sale Ross

2     That was reported.

3          Q.    By whom?

4          A.    By Cari.

5          Q.    She didn't know what Mary was

6     doing?

7          A.    No.   She did not know what Mary

8     was doing, that Tasha and Lea both worked

9     hard, but because they worked side by side

10    in an office, this was really getting to be

11    just unacceptable.

12               So at the same time --

13         Q.    When was this conversation,

14    Ms. Ross?

15         A.    In April.

16         Q.    Do you remember what part of

17    April?

18         A.    No.

19         Q.    How long before you terminated

20    Ms. Rozell did this conversation take

21    place?

22         A.    Shortly after that.

23         Q.    You mean the conversation took

24    place shortly before?

25         A.    It was within the month, so I

Courtney Sale Ross

1
2   don't know.  I call that shortly.

3       Q.    Was it within a week, or do you

4   recall?

5       A.    I don't recall, because at the

6   same time, I got a call from Stephen, I

7   don't know if it was a week before or a

8   week after, but it was right confluent with

9   that, saying that he was moving out from

10  his apartment and breaking up with his

11  partner and that he would like to do

12  something with me.

13      I didn't know what he meant, I

14  didn't know, what does that mean, do you

15  want to have a business.  I know he was

16  making his things and I bought some of

17  them.

18      And then I thought about, well,

19  wait a minute, this whole apartment is

20  dysfunctional, then maybe I'll just

21  restructure the whole department, which is

22  what I did.

23      Q.    From the time that you spoke to

24  Cari until the time you terminated

25  Ms. Rozell, who else, if anybody, did you

1          Courtney Sale Ross

2    speak to about what was going on in the art

3    department?

4         A.    I don't know.  I don't remember

5    speaking to other people.  It was my

6    decision.

7         Q.    So from the time you spoke to

8    Cari until the time you terminated

9    Ms. Rozell, you don't recall speaking to

10   anybody else about what was going on in the

11   art department?

12        A.    I spoke with Cari, I had

13   already had all the prior warnings, I had

14   had a run-in with Mary myself over --

15        Q.    You can just answer my question

16   and then you can go on.

17             MR. WEBER:  Objection.  Answer

18        the question.

19        Q.    After you spoke to Cari --

20        A.    No, no --

21        Q.    After you spoke to Cari, who

22   did you speak to, if anybody?

23             MR. WEBER:  Objection.  Please

24        read back the question, and then you

25        can answer it.

Courtney Sale Ross

regarding Mary giving her card to somebody

on the street, did you ever speak to Mary

about that incident?

A.    No.

Q.    When you said the Christmas

thing, you mean that it was reported to you

that Mary told people there would not be

Christmas bonuses; is that right?  You have

to say yes or no.

A.    Yes.

Q.    And in your decision to rehire

Mr. Szczepanek, tell me exactly what that

meant?

A.    What I decided was to cut back

the department.  So that's what I mean by

"restructuring."

Q.    So you decided when you

terminated Mary that you were going to

terminate other people as well?

A.    No.  It was going to be Tasha

and Lea and Stephen part-time.

Q.    So you were going to keep

Tasha, keep Lea, terminate Mary and have

Stephen Szczepanek work part-time?

1          Courtney Sale Ross

2     A.     Yes.

3     Q.     What duties did Szczepanek --

4  never mind.

5          Did you talk to Mr. Szczepanek

6  about what his duties would be in this new

7  relationship?

8     A.     Well, the first thing would be

9  to restore order, meaning I didn't want

10 everybody at each other's throat.

11    Q.     My question is:  Did you talk

12 to him about that?

13    A.     About?

14    Q.     About what his duties would be.

15    A.     I would assume I did.

16    Q.     You don't remember?

17    A.     No.

18    Q.     Did you have any subsequent

19 conversation with him about what his duties

20 would be?

21    A.     I talked to him all the time.

22    Q.     You had a conversation with

23 him, you have testified, in April in which

24 he said in substance I am available to do

25 more work for you and you decided that that

1          Courtney Sale Ross

2     was a good idea, right?

3          A.     Right.

4          Q.     And in that conversation, I

5     believe you said you don't recall talking

6     to him about what his duties would be?

7          A.     I don't know if I did or not.

8          Q.     But there came a time when you

9     did talk to him about what his duties would

10    be; is that correct?

11         A.     Yes, because we had to hone a

12    new department.

13         Q.     So when you talked to him about

14    what his duties would be, what did you tell

15    him his duties would be?

16         A.     Well, we had to try to figure

17    out how to work something part-time, how

18    that was going to work, the communication,

19    off-site, on-site.

20         Q.     What else?

21         A.     And what were the most

22    immediate things.  I think he had to take

23    an assessment of where things were and come

24    back to me.

25         Q.     Did you tell him to make an

Courtney Sale Ross

assessment of where things were and come

back to you with some recommendations?

A. I probably said something like

that. I don't remember exactly.

Q. Did he assess where things

were?

A. I guess he did.

Q. Did he report to you his

assessment of where things were in the art

department?

A. I don't remember. I mean, it

was ongoing.

Q. At some point, you had a

conversation with him about what his duties

would be, right?

A. I have answered that question,

I think, to the best of my ability.

Q. Let me ask you again to tell me

what you told him his duties would be. I

think your testimony was that you first

told him to assess things in the art

department.

A. Right. He would have to do an

analysis.

1          Courtney Sale Ross

2      Q.    So he did that?

3      A.    To my understanding, he did.

4      Q.    Did he ever --

5      A.    An analysis of how to complete

6   the cataloging, even though it's a process,

7   it's not something that begins an ends.

8   Then it goes day to day in terms of what

9   the needs are.  And because Stephen does

10  different things for me, it could be some

11  was with the art collection, some wasn't

12  with the art collection.

13     Q.    Did you ever tell him what you

14  wanted him to do for you?

15     A.    On many different occasions I

16  did.

17     Q.    What were the duties that

18  needed to be done in the art department --

19     A.    I don't remember.

20     Q.    -- as you understood them after

21  Mary left?

22     A.    I don't remember.

23     Q.    Was there ever anything in

24  writing on that?

25     A.    I don't know.  Also, it was