# EXHIBIT 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MARY ROZELL, Plaintiff,

vs.

COURTNEY ROSS-HOLST, an individual, ANDCO, LLC, a corporation, and NEIL PIROZZI, an individual, Defendants.

Case No. 05CV 2936

Tuesday, June 13, 2006
9:58 a.m.

Deposition of KRYSTIN McCAULEY, held at the offices of Outten & Golden, LLP, 3 Park Avenue, New York, New York 10016, pursuant to Notice, before Otis Davis, a Notary Public of the State of New York.

Job No. 9495

David Feldman
Worldwide

ORIGINAL

From File to Trial.

805 Third Avenue, 8th Floor
New York, NY 10022
(800) 642-1099

600 Anton Boulevard, 11th Floor
Costa Mesa, CA 92626
(866) DFW-1380

Krystin McCauley

Q. Did you speak to anyone else about Mary Rozell?

A. When?

Q. When you first started.

A. No. I met Mary and she was very pleasant, and I think I asked her to give me an art tour of the apartment, because I really knew nothing about art.

No, I don't think I ever spoke to -- there was always things like what's the art department doing. I always heard things, but I didn't speak to anybody about Mary Rozell.

Q. When you say "there was always things like what's the art department doing," what do you mean by that?

A. Mrs. Ross, sometimes in our car rides, she would say, what's going on with the art department? What does Mary Rozell do? That was sort of a constant theme.

Q. Did you answer her?

A. No, I didn't work too much with Mary.

Q. Was she looking for an answer?

Krystin McCauley

A. No, I think it was more of a rhetorical question.

Q. Did you ever tell Mary that Ms. Ross was wondering what she did?

A. I don't think so.

Q. Any reason?

A. No. I mean, I just didn't -- no. It was a rhetorical question. She had a lot of rhetorical questions about a lot of things. So I figured why upset Mary. Maybe she's thinking what does she do, can she do something else, can she help me in other areas. I don't know, so I just figured I'd leave it alone.

Q. Did she ever ask that type of question about anyone else at Andco?

A. Sometimes she asked that of Bonnie, what does Bonnie do, and I think I was able to answer that a little bit. I think I said Bonnie handles invoices and billing. She asked that about some of the other employees at Ross.

Q. What other employees?

A. Maybe some teachers there were

questions.

Q. Did you interpret this to be some concern about Mary? How did you interpret these questions?

MS. THADANI: Objection.

A. Sometimes I would just think they're rhetorical questions. It depends on the context. Sometimes they were probably provoked by something; for instance, if we were in the car riding and we couldn't get Mary on the phone.

Q. Did that happen?

A. Yeah, it did happen. I don't know when or --

Q. Do you know how many times?

A. A few. I remember there was something about the Steven J. Ross Foundation list or something, and Mrs. Ross, I think, asked Mary to compile something, because she wanted to donate or however you put it, sponsor a professorship at NYU.

So I think she wanted to look back at Harvard to see what she had given

prior to that conversation was so urgent, but maybe I should have said something in the past.

Q. Is there something that you are thinking of that maybe you think you should have said that you didn't say?

A. I mean, it's hard to gauge. Not that I can think of specifically right now. Something might come to me.

In terms of -- I don't know. I do remember that she said that she would keep notes on Darius, but I didn't really think that that was so urgent, and I never told Darius that. Maybe I should have. I don't know.

I didn't think that -- I just didn't think it was something appropriate to bring to Mrs. Ross's attention.

Q. When you say you didn't think it was, you are talking about the fact that Mary kept notes on Darius?

A. Right.

Q. What did Mary say about the notes she kept on Darius?

A. I think she said that she kept notes on some of Darius' behavior just in case.

Q. In case what?

A. Just in case whatever, just in case.

Q. Did you have any opinion as to how Darius was to work with?

A. At first, I found Darius very abrupt. He speaks very load and very slowly sometimes. So at first, I thought maybe -- I didn't know how to deal with him, does he think I'm slow, is that why he's talking so slow and so loud.

The more I got used to him, the more I realized that he deals with a lot of housekeepers who don't speak English and he has a lot of directions to give people. So once I kind of figured out his method, I got used to it.

Q. Did anyone from Andco report directly to you?

A. Not specifically that I know of. There were times where I would have to