# EXHIBIT 12

# Neil Pirozzi

**From:** Maryrozell@aol.com
**Sent:** Thursday, May 06, 2004 10:31 AM
**To:** TSeren5001@aol.com
**Subject:** Re: Good Morning

Tasha!
first, please "forget' to bring your copy of the book stuff to the meeting. given the agreement you are going to sign, you can't risk having something like that floating around or landing is some publisher's friend's hands over lunch. it sounds alarmist, i know, and it is my fault for responding to bettina's book idea with 'yeah, we already started that", but we really do have to be careful!

hope to be back home by 2. french roast is just a bistro joint in the area. maybe you wouldn't mind bringing some material with you in case i meet with the lawyer again.

i used to live in hoboken and loved maxwell's!

call you as soon as i am free and find a phone!
Mary



DEFENDANT'S EXHIBIT
ALL-STATE LEGAL
2.1.06