# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

MARY ROZELL,

                       Plaintiff,

      - against -      Case No. 05 CV 2936

COURTNEY ROSS-HOLST, an individual, ANDCO, LLC, a

corporation, and NEIL PIROZZI, an individual,

                       Defendants.

------------------------------------------------------x

                  June 26, 2006

                  10:04 a.m.

Deposition of ELIZABETH ARNOLD, a non-party witness

herein, taken pursuant to Subpoena, and held at the

offices of Littler Mendelson, P.C., 885 Third Avenue,

16th Floor, New York, New York, before April Pearl

Schirm, a Court Reporter and Notary Public of the

State of New York.



DALCO REPORTING, INC.
170 Hamilton Avenue, White Plains, NY 10601
49 W. 37th Street, New York, NY 10018
914.684.9009 Fax 914.684.6561 212.679.60

COPY

1

1
2   contacts.
3       Q.   Anything else?
4       A.   Not that I remember.
5       Q.   Do you recall anything that was discussed
6   about how Ms. Rozell wanted the case to be resolved?
7       A.   No.
8       Q.   And can you read your parenthetical, not
9   knowing?
10      A.   Not knowing how people are viewing her.
11      Q.   What does that refer to?
12      A.   I think I was identifying a source of
13  stress.
14      Q.   What does it say next?
15      A.   My note to myself is a double
16  parentheses.  Hostility hovering out there and I
17  don't know when it's going to strike.  I'm trying to
18  imagine her feeling.
19      Q.   So generally, in your notes, if you do a
20  double parentheses, it is an observation that you are
21  making?
22      A.   Uh-huh, or a thought I'm having to
23  myself.
24      Q.   What does it say at the bottom?
25      A.   I was really close to boss.  Probably



2    sure she hates me now. Thinks I'm after her money.

3        Q.   What does that refer to, do you recall?

4        A.   Courtney. Mary expressed sadness over
5    the loss of the relationship with her.

6        Q.   Was it your impression that Ms. Rozell
7    believed she had a friendly relationship with
8    Courtney Ross --

9        A.   Yes.

10       Q.   -- prior to this legal incident?

11       A.   Yes.

12       Q.   What does it say at the bottom?

13       A.   The humiliation of not doing a lawsuit.

14       Q.   Do you know what that refers to?

15       A.   That seemed worse than the stress of
16   doing a lawsuit.

17       Q.   Do you recall anything else that was
18   discussed about that in this session?

19       A.   No.

20       Q.   Turn to the next page. Is this still the
21   same session?

22       A.   Yes.

23       Q.   Can you just read the parenthetical at
24   the top?

25       A.   Hovering hostility before being let go.



```
 1
 2    A.    His friend -- I believe Neil's friend,
 3  Richard Halperin sat in on meeting. Mrs. Holst's
 4  financial advisor. Her, quote, guru du jour.
 5  Christy came in minutes before the meeting to say
 6  he'd be in the meeting. Neil is chief financial
 7  consultant, brought in his friend Richard who was
 8  making a fortune.
 9    Q.    And again, these are things being told to
10  you by Mary Rozell?
11    A.    Of course, yes.
12    Q.    Okay.
13    A.    Keep going?
14    Q.    Yes.
15    A.    Told her, she asked -- and I believe this
16  refers to the meeting with Ms. Holst. She asked,
17  what would you like me to do; me, meaning Mary, I'll
18  handle it.
19    Q.    And then there is, if you'll see there,
20  there is a double parentheses that has the word
21  nothing.
22    A.    Nothing.
23    Q.    What is that?
24    A.    What would you -- Ms. Holst, what would
25  you like me to do. When Mary says I'll handle it, my
```



2    assumption was that she did not want Ms. Holst to do

3    anything. Nothing.

4           Q.   That was a note you were making to

5    yourself on what your impression was, correct?

6           A.   Yes.

7           Q.   Where it says, I'll handle it, that is

8    something that Mary Rozell told you?

9           A.   Yes.

10          Q.   Can you continue reading?

11          A.   Then he turned malicious and some quotes.

12   You were a cheerleader. You? You are so negative.

13          Q.   Do you recall any examples of

14   maliciousness that Ms. Rozell cited?

15          A.   No.

16          Q.   At the bottom, can you read that?

17          A.   Why the timing. Suddenly to escort you

18   out.

19          Q.   What does that refer to?

20          A.   The dismissal and escorting from the

21   building.

22          Q.   And that was Ms. Rozell questioning the

23   timing, correct?

24          A.   I'm unclear. That sounds like something

25   I would have asked her.

