# EXHIBIT 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MARY ROZELL,

                Plaintiff,     Case No.
                                   05 CV 2936

   -against-

COURTNEY ROSS-HOLST, an individual, ANDCO,
LLC, a corporation, and NEIL PIROZZI, an
individual,

                Defendants.
------------------------------------------------x

                July 13, 2006
                10:00 a.m.

    Deposition of DARIUS C. NARIZZANO,

taken by Plaintiff, pursuant to notice, at the

offices of Outten & Golden, LLP, 3 Park Avenue,

New York, New York 10016, before ANITA SHEMIN, a

Shorthand Reporter and Notary Public within and

for the State of New York.


Job No. 9818

1

2  A P P E A R A N C E S:

3      OUTTEN & GOLDEN

4      Attorneys for Plaintiff

5          3 Park Avenue

6          New York, New York 10016

7      BY:  KATHLEEN PERATIS, ESQ.

8

9      LITTLER MENDELSON, P.C.

10     Attorneys for Defendants

11         885 Third Avenue

12         16th Floor

13         New York, New York 10002

14     BY:  ELENA PARASKEVAS-THADANI, ESQ.

15

16

17

18

19

20

21

22

23

24

25

```
                        1                    Narizzano
15:55:57    2          A    By who?
15:55:57    3          Q    By anybody?
15:55:59    4          A    Not until way later when comparison
15:56:05    5     costs to recent purchases had been made, I think
15:56:09    6     by people who were not even on staff when
15:56:13    7     purchases happened, and they questioned and said
15:56:16    8     why did we spend that much money on this chair.
15:56:18    9     That was the amount of the criticism.  Mrs. Ross
15:56:21   10     never said a thing because they knew that she told
15:56:23   11     me buy it no matter, wherever it goes.
15:56:26   12          Q    What did you pay for it?
15:56:28   13          A    I don't recall.  I bought so many things
15:56:33   14     at auction.
15:56:34   15          Q    Do you remember what this chair was that
15:56:36   16     was 20 times market price?
15:56:37   17          A    No.
15:56:43   18          Q    Did you send a rare and fragile Kachina
15:56:49   19     doll by Federal Express from East Hampton to New
15:57:02   20     York?
15:57:02   21          A    I may have.
15:57:04   22          Q    Did anybody criticize you for sending it
15:57:06   23     in that method?
15:57:07   24          A    Yes.
15:57:07   25          Q    Who?
```

```
                            Narizzano
```

15:57:08  A  I don't remember, but somebody in the Art Department did.

15:57:12  Q  Do you recall whether Mary Rozell said that is not the way to send a piece of art?

15:57:16  A  I am sure she would have said that.

15:57:19  Q  But you sent it by Federal Express anyway?

15:57:23     MS. THADANI: Objection.

15:57:24  A  I don't recall if she ever said anything to me before I sent it, but I have sent, you know, many things by Federal Express all over the world, artwork and other precious things.

15:57:36  Q  Did you have any discussions with Miss Ross about having sent this Kachina doll by FedEx?

15:57:45  A  No.

15:57:52  Q  Miss Leah Ross testified that you asked Tasha to prepare invoices lower than actual values for various materials; is that true?

15:58:08  A  I asked her to prepare a list of wine one time to Tasha.

15:58:14  Q  What did you tell her to do with that list of wine?

15:58:18  A  I asked her to list the wines that I was

```
                        1                Narizzano
15:58:20    2    going to bring to Jamaica and to put prices
15:58:24    3    besides them on that list.
15:58:25    4        Q    The prices were not the correct prices;
15:58:28    5    correct?
15:58:29    6             MS. THADANI:  Objection.
15:58:31    7             MS. PERATIS:  Unless you have a
15:58:32    8    complaint about form, please don't say
15:58:34    9    objection, because it just indicates to the
15:58:37   10    witness that he should be careful about his
15:58:39   11    answer.  If you have a form objection, by all
15:58:41   12    means, make it, but don't make it just
15:58:45   13    because you don't like the material of the
15:58:46   14    question.
15:58:47   15        A    I am totally comfortable with this
15:58:49   16    question.
15:58:49   17        Q    Go ahead.
15:58:51   18             MS. PERATIS:  Would you read the
15:58:51   19    question, please.
15:58:52   20             (Requested portion read back)
15:59:08   21        A    That is not correct.
15:59:09   22        Q    Let me read you Leah Ross's testimony
15:59:11   23    from her deposition on June 7th, Page 343:
15:59:20   24             "QUESTION:  Have you ever been asked to
15:59:21   25             prepare invoices related to the import
```

```
                           Narizzano
             1
15:59:28     2         or export of art for Andco?
15:59:30     3         "ANSWER: Tasha once asked me to do
15:59:32     4         that, yes.
15:59:33     5         "QUESTION: What did she ask you to do?
15:59:36     6         "ANSWER: She was concerned about a
15:59:38     7         request she received to make custom
15:59:41     8         reports and asked that I do it.
15:59:43     9         "QUESTION: Who asked her to create
15:59:46    10         custom reports?
15:59:47    11         "ANSWER: I think it was Darius.
15:59:49    12         "QUESTION: Do you know what about his
15:59:51    13         request concerned Tasha?
15:59:54    14         "ANSWER: Tasha was concerned that the
15:59:56    15         values he had requested put on the
15:59:58    16         objects were lower than their indeed
16:00:01    17         value."
16:00:04    18         Did Leah Ross testify accurately?
16:00:09    19      A  Yes and no. Should I explain?
16:00:13    20      Q  Yes, please.
16:00:14    21      A  Okay.
16:00:16    22         Mrs. Ross has a wine collection which
16:00:19    23  she inherited and has grown from her late husband,
16:00:24    24  Stephen J. Ross. It is an extensive collection
16:00:27    25  that is located in many different places in the
```

```
                1              Narizzano
16:00:30        2    world, in England, in Italy, in the United States
16:00:36        3    of America and in Sweden at one point.
16:00:40        4              These things have been purchased over 30
16:00:43        5    years as collectable wines.  She has a house in
16:00:48        6    Jamaica.  One of the things that I needed to do
16:00:51        7    was to bring wine with us to Jamaica from her wine
16:00:56        8    collection.  The first time I went to Jamaica with
16:01:02        9    wine, they asked me for an invoice for the wine.
16:01:03       10    I explained to them this wine has been purchased
16:01:08       11    over a period of time, it is not like I just went
16:01:10       12    to the liquor store, and I could give a receipt.
16:01:12       13    They said, "What did you pay for it when you did
16:01:15       14    buy it?"  I said, "I have no idea what I paid for
16:01:22       15    it exactly because I don't know when it was
16:01:24       16    bought, and that wine was bought, but it is her
16:01:27       17    own personal wine that she is going to drink
16:01:30       18    herself."
16:01:31       19              They said, "What do you think it cost?"
16:01:33       20    So, I made the mistake of saying, "Well, if you
16:01:35       21    went to a liquor store, and you bought it today,
16:01:39       22    this would cost $150, this one maybe $250 for a
16:01:49       23    bottle.
16:01:51       24              After I described several cases of wine
16:01:53       25    and had a large number of what we would have
```

```
              1                    Narizzano
16:01:56      2    bought it at that price, they informed me that I
16:01:59      3    had to pay 110 percent duty on that wine.  So, I
16:02:03      4    was stuck like three hours until I came up with a
16:02:07      5    huge amount of cash.  They suggested to me the
16:02:10      6    next time I come, I come prepared with a list of
16:02:13      7    the wines with the prices for the wine.
16:02:15      8             So, were these incorrect prices that I
16:02:17      9    put down on the wines?  They were more expensive
16:02:19     10    than any wine I have seen in Jamaica that I still
16:02:23     11    put on the wine.  Were they the amounts that
16:02:25     12    Mrs. Ross or Steve Ross had paid for the wine when
16:02:28     13    they brought them, maybe not.  Maybe they were
16:02:31     14    more, maybe they were less.  Did I pay 110 percent
16:02:36     15    interest on the amount that I said that the wine
16:02:39     16    was?  Yes.  Did we resell any of it?  No.  Which
16:02:44     17    is what they are concerned about, resale.  It was
16:02:47     18    for her personal consumption.
16:02:53     19        Q    Leah Ross's testimony that I have read
16:02:55     20    you a part of relates to art.  Let me read you
16:03:03     21    from Page 244:
16:03:06     22              "QUESTION:  Were you ever asked by
16:03:06     23              Darius to prepare custom reports or
16:03:09     24              invoices related to artwork?
16:03:10     25              "ANSWER:  I don't think so.  I think it
```

```
                1              Narizzano
16:03:11        2        was a request from Tasha.
16:03:13        3              "QUESTION:  Is it your testimony that
16:03:15        4        this happened on one occasion?
16:03:16        5              "ANSWER:  There is one occasion I can
16:03:17        6        remember we both didn't want to do it,
16:03:20        7        and I'm not sure what ended up
16:03:22        8        happening.
16:03:23        9              "QUESTION:  Did you ever talk about this
16:03:24       10        request to Mary Rozell?
16:03:26       11              "ANSWER:  It seems likely.  I don't
16:03:28       12        remember.
16:03:29       13              "QUESTION:  Did she support your feeling
16:03:31       14        that it was improper to create such
16:03:34       15        reports?
16:03:34       16              "ANSWER:  I believe so.
16:03:36       17              "QUESTION:  Were these reports relating
16:03:37       18        to the export of art to the Jamaica
16:03:40       19        house?
16:03:41       20              "ANSWER:  Yes."
16:03:43       21     A    I don't recall ever having to make any
16:03:46       22  invoice for art going to Jamaica.
16:03:48       23     Q    All right.
16:03:57       24              Mr. Pirozzi testified that Miss Rozell
16:04:00       25  or Miss Seren told him that you had asked them to
```

```
                    1               Narizzano
16:32:37    2   was in California that I received a phone call of
16:32:40    3   worry from Leah with a description of what really
16:32:42    4   sounds like what you just said.
16:32:44    5       Q   So, at some time after Mary was fired
16:32:47    6   and before Tasha left Andco's employment, you
16:32:51    7   learned from Leah that Leah was concerned that
16:32:54    8   Tasha was taking documents?
16:32:55    9       A   Yes.
16:32:58   10       Q   Is it also true that Leah told you that
16:33:02   11   she overheard Tasha say that Mary was looking for
16:33:06   12   legal counsel?
16:33:07   13       A   I don't recall.
16:33:12   14       Q   Did Leah tell you directly that she
16:33:15   15   thought that Tasha was taking documents?
16:33:18   16       A   Yes.
16:33:20   17       Q   Did anybody else tell you that Leah
16:33:23   18   thought Tasha was taking documents?
16:33:25   19       A   Did anyone else tell me that Leah
16:33:29   20   thought?
16:33:29   21       Q   Yes.
16:33:30   22       A   Probably Christy MacCaulay.
16:33:34   23       Q   Okay.
16:33:36   24           Did you take steps on that?  Let me give
16:33:42   25   a little time orientation.
```

```
                               Narizzano
            1
16:33:43    2       A    Could I go to the bathroom before you
16:33:46    3   get deep into this?
16:33:47    4       Q    Of course.
16:33:48    5            (Brief Recess)
16:37:20    6   BY MS. PERATIS:
16:37:30    7       Q    Do you have any reason to believe,
16:37:33    8   Mr. Narizzano, that Miss Rozell has ever violated
16:37:36    9   her confidentiality agreement?
16:37:43   10       A    Yes.
16:37:43   11       Q    What?
16:37:48   12       A    I believe that she has taken documents
16:37:50   13   that had to do with her employment out of the
16:37:54   14   workplace.
16:37:54   15       Q    What documents?
16:37:56   16       A    I don't know particularly.  I -- from
16:38:00   17   the conversation which I had saw in those e-mails
16:38:07   18   back then, it seemed to me that she was conspiring
16:38:12   19   to take things out specifically to harm Mrs. Ross.
16:38:16   20       Q    So, do you know whether she ever
16:38:18   21   actually took anything out?
16:38:21   22       A    No.
16:38:22   23       Q    Okay.
16:38:23   24            So, other than your surmise that you
16:38:28   25   thought that she might have been trying to take
```

```
                 1                    Narizzano
16:38:30   2    things out and your testimony just now that you
16:38:33   3    have no reason to believe that she actually took
16:38:35   4    things out, I ask you again, do you have any
16:38:40   5    reason to believe that she has violated the
16:38:41   6    confidentiality agreement?
16:38:42   7         A    Yes.
16:38:43   8         Q    What?
16:38:45   9         A    Yes.
16:38:45  10         Q    Other than what you said?
16:38:47  11         A    The CD, also, that she tried to take
16:38:49  12    out, which was another indication of trying to
16:38:52  13    take things of Mrs. Ross out of the workplace.
16:38:54  14    And then there was -- there is also the fact that
16:38:56  15    I can't remember exactly when I heard this, but
16:38:59  16    that she was planning to write a book about
16:39:01  17    Mrs. Ross and her life.  That is completely out of
16:39:07  18    line of confidentiality.
16:39:09  19         Q    Okay.
16:39:10  20              So, if Miss Rozell was not planning on
16:39:14  21    writing a book about Miss Ross, would you agree
16:39:18  22    with me that there is no evidence of violating her
16:39:21  23    confidentiality agreement?
16:39:27  24         A    If she was not writing a book about
16:39:29  25    Mrs. Ross, what would be --
```